# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**LARRY KLAYMAN,**

      **Plaintiff,**

v.                                                                   Case No:  5:13-cv-143-Oc-22PRL

**CITY PAGES, KEN WEINER, AARON RUPER, PHOENIX NEW TIMES, MATHEW HANDLEY and VOICE MEDIA GROUP,**

      **Defendants.**

## ORDER DIRECTING COMPLIANCE

The Court, on its own initiative, has reviewed the file in this case. It is hereby ORDERED that no later than May 3, 2013, the Plaintiff shall file a written response why sanctions should not be imposed for failure to respond to the Related Case Order and Interested Persons Order (Doc. No. 3), responses to which were due by April 5, 2013.  Failure to respond shall result in sanctions being imposed upon counsel.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 22, 2013.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:
Counsel of Record