IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| LARRY KLAYMAN,<br><br>Plaintiff.<br><br>v.<br><br>CITY PAGES, KEN WEINER, AARON RUPER, PHOENIX NEW TIMES, MATHEW HANDLEY,  and VOICE MEDIA GROUP<br><br>Defendants. | Civil Action No. 5:13-cv-00143-ACC-PRL |

## RESPONSE TO COURT ORDER OF APRIL 22, 2013

Plaintiff, Larry Klayman, hereby replies to the Court's Order of April 22, 2013:

1. On March 22, this court issued, and Plaintiff received notifications that a) the Complaint had been filed, b) that the fees were paid, and c) that the summonses were issued.  The court also issued a Related Case Order, Interested Persons Order, and Order Requiring Electronic Filing ("Related Case Order") that Plaintiff unintentionally did not see in his email box.

2. It is Plaintiff's belief that he failed to see the Related Case Order because Plaintiff utilizes Gmail as his primary email service, and Gmail apparently groups emails together by default (a feature they called "threading") when they have similar subject lines.

3. According to the Gmail website: "When you open one message in a conversation, all of your related messages will be stacked neatly on top of each other. We call this Conversation View."  Exhibit 1 -- Gmail Help.

1

4. Because of this threading feature, Plaintiff did not see the Related Case Order as it was "stacked" with the previous emails.  Plaintiff has since disabled this threading feature.

5. Plaintiff apologizes and ensures this court that this problem has been resolved and no further problems with email notifications will occur.

6. Plaintiffs will file the Notice of Pendency of Other Actions and Interested Persons and Certificate of Interested Persons within the hour of this response.

Dated: April 22, 2013

Respectfully submitted,

/s/ *Larry Klayman*
Larry Klayman, Esq.
Florida Bar No. 246220
2775 NW 49th Ave, Suite 205-346
Ocala, FL 34483
Tel: (310) 595-0800
Email: leklayman@gmail.com

Plaintiff in Pro Se and as a Licensed Practitioner