# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**LARRY KLAYMAN,**

**Plaintiff.**

**v.**                                                          **Case No. 5:13-cv-00143-ACC-PRL**

**CITY PAGES, KEN WEINER, AARON**
 **RUPER, PHOENIX NEW TIMES,**
**MATHEW HANDLEY, and VOICE MEDIA GROUP,**

**Defendants.**

_____

# NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____IS          related to pending or closed civil or criminal case(s)
                    previously filed in this Court, or any other Federal or State
                    court, or administrative agency as indicated below:

                    _____
                    _____
                    _____
                    _____

  __X__ IS NOT       related to any pending or closed civil or criminal case filed with this
                    Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each
party no later than fourteen days after appearance of the party.

Dated: 04/22/13

                                        /s/ *Larry Klayman*
                                        Larry Klayman, Esq.
                                        Florida Bar No. 246220
                                        2775 NW 49th Ave, Suite 205-345
                                        Ocala, FL 34483
                                        (310) - 595-0800
                                        leklayman@gmail.com