## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| LARRY KLAYMAN,<br><br>Plaintiff.<br><br>v.<br><br>CITY PAGES, KEN WEINER, AARON RUPER, PHOENIX NEW TIMES, MATHEW HANDLEY, and VOICE MEDIA GROUP<br><br>Defendants. | Civil Action No. 5:13-cv-00143-ACC-PRL |

### CONSENT MOTION TO RESET FILING SCHEDULE

Plaintiff, Larry Klayman, hereby moves to reset the filing schedule in the above-styled case and as grounds therefor would show:

1. On May 22, 2013 Defendants filed a motion to dismiss in the above-styled case.

2. New facts have come to light which have necessitated the amending of the complaint and Plaintiff intends to do so.  The actionable conduct is continuing and there are new defamatory publications and other related facts.

3. Because of the filing of an amended complaint, the original Complaint and Motion to Dismiss will no longer be in force and effect and thus no opposition by Plaintiff to each of the Defendants' Motion to Dismiss the original Complaint would currently be due.

4. Plaintiff contacted Defendants' counsel to seek consent to this motion. Counsel have agreed that Plaintiff may have until and including July 5, 2013 for Plaintiff to file an amended complaint.

5.  Plaintiff has consented that Defendants will then file a responsive pleading within 20 days of the filing of the amended complaint.

WHEREFORE, Plaintiff moves this Court to reset the filing schedule to allow for Plaintiff to have until July 5, 2013 to file an amended complaint and then to allow an additional 20 days for Defendants to then file a revised motion to dismiss.

Dated: June 6, 2013

Respectfully submitted,

/s/ *Larry Klayman*
Larry Klayman, Esq.
Florida Bar No. 246220
2775 NW 49th Ave, Suite 205-346
Ocala, FL 34483
Tel: (310) 595-0800
Email: leklayman@gmail.com

Plaintiff in Pro Se and as a Licensed Practitioner

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of June, 2013 a true and correct copy of the foregoing Consent Motion To Reset Filing Schedule ( Case No. 5:13-cv-00143) was submitted electronically to the U.S. District Court for the District of Columbia and served via CM/ECF upon the following:

**Sanford Lewis Bohrer**
Holland & Knight, LLP
Suite 3000
701 Brickell Ave
Miami, FL 33131
305/374-8500
Fax: 305/789-7799
Email: sbohrer@hklaw.com

**Scott D. Ponce**
Holland & Knight, LLP
Suite 3000
701 Brickell Ave
Miami, FL 33131
305/789-7575
Email: sponce@hklaw.com

*Attorneys for Defendants*