

Phoenix New Times | Voice Places | More From Voice Nation | Join | Sign In

# Blogs

NEWS | CALENDAR » | MUSIC » | RESTAURANTS » | ARTS » | FILM » | BEST OF » | PROMOTIONS » | CLASSIFIEDS » | Search

PHOENIX NEWS | LOCAL NEWS BLOG | FEATHERED BASTARD | SPECIAL REPORTS | ASK A MEXICAN | ARCHIVES SEARCH | WEEKLY NEWSLETTER | GET MOBILE



VALLEY FEVER — 1000 mg of news

**TOP BLOG STORIES**


Westboro Baptist Church Plans Yarnell Trip...
By Matthew Hendley


Yarnell Hill Fire: More Hotshot Crews Among...
By Matthew Hendley


Trent Franks Rushes to Support of Bill for...
By Matthew Hendley

**Birthers (sigh)**

# Larry Klayman Under Investigation by Arizona Bar

By Matthew Hendley Tue., Jun. 18 2013 at 7:00 AM    41 Comments

Categories: Birthers (sigh)

Like 25 | Send | Tweet 12 | Stun | 0 | 1



Notorious "birther" attorney Larry Klayman is being investigated by the State Bar.

Although Arizona State Bar spokesman Rick DeBruhl confirms to *New Times* that the investigation exists, he says there are no public documents associated with the case at this time.

See also:
-*Larry Klayman Sues New Times, Is Really Weird*
-*Judge: Klayman "Inappropriately Touched" Kids*
-*David Burnell Smith Teams Up With Larry Klayman in Fight of Arpaio Recall*
-*Klayman Asks If Joe Arpaio Recall Chairman Is a "Homo" Who "Want[s] My Nuts"*

The investigation seems to stem from Klayman's lawsuit to stop the effort to recall Joe Arpaio, although we don't know exactly what the scope of the investigation is.

Sources say that the investigation may be related to Klayman's application to appear *pro hac vice*, which allowed him to work on the case without being licensed to practice in Arizona.

Klayman's application was approved by Maricopa County Judge Michael Herrod, the husband of right-wing powerhouse lobbyist Cathi Herrod. Judge Herrod eventually recused himself from the case, as Herrod used to be a partner at the law firm that has represented Arpaio in several matters, including the current racial-profiling case, *Melendres v. Arpaio*.

Klayman was arguing that the recall effort was "illegal," despite the law being fairly clear that it wasn't, and he also accidentally sent an e-mail to the chairman of the Arpaio recall organization, asking if he's a "homo" who "want[s] my nuts."

However, Klayman's involvement in this case is somehow not as bizarre as some of his other antics.

Klayman, the founder of Judicial Watch, has sued an incredible amount of people, ranging

**Now Trending**


False Profit: How an El Mirage Preacher Swindled Followers

Maricopa County Mugshots of the Week: Not-So-Minor Details

Bodies of 19 Firefighters Killed in Yarnell Hill Fire Taken to Phoenix

Stories | Conversations

**From the Vault**

**In Case You Missed It**


Daniel Kloberdanz Claims Maricopa Deputy Joseph Pellino Beat Him Severely During Arrest Because He's a Lawyer; Seeks $12M in Lawsuit


ASU Drops the Hammer on Sigma Alpha Epsilon Fraternity


25 Dumbest Things Jeff Flake's Son Said on YouTube


Recommended by


Swim Social at The Saguaro Hotel, 6/29/13


Last Call: The End of An Era at Axis/Radius, 6/29/13

from the Clinton administration to his own mother, and has also filed a lawsuit against *New Times*, claiming "defamation."

A *New Times* report earlier this year cited an appellate court ruling from Ohio, a public record, affirming a magistrate judge's finding that Klayman "inappropriately touched" his own children.

That lawsuit apparently hasn't satisfied Klayman, who just yesterday announced that he's suing that magistrate judge who made the finding. Klayman thinks the judge -- "who is a liberal Democrat and a Jew," according to Klayman's press release on the matter -- made the ruling just to "destroy him in the media."

As for the current Bar investigation, we'll keep you updated as the details come out. Klayman's been in trouble with a Bar association before, as he was publicly reprimanded by the Florida Bar in 2011 for taking money from a client, and never doing any work.

**Send feedback and tips to the author.**
Follow Matthew Hendley on Twitter at @MatthewHendley.


Valley Fever
Like  920

### GET THE WEEKLY NEWSLETTER

Our weekly feature stories, movie reviews, calendar picks and more - minus the newsprint and sent directly to your inbox.

enter email

**Tags:** arizona, birther, Citizens To Protect Fair Election Results, david burnell smith, freedom watch, joe arpaio, joe arpaio recall, larry klayman, respect arizona, world net daily


Email to Friend | Write to Editor | Print Article                   submit

## We Recommend

  

Joe Arpaio's Gross Arm Sling for Sale on eBay
(Valley Fever)

Ian McIntosh, of Buckeye, Robbed a Mentally Handicapped Man, Police Say
(Valley Fever)

MGA Healthcare Founder Marc Wichansky Says in Lawsuit That Partner David Zowine Beat Him Up and Stole His Company
(Valley Fever)


Recommended by

### 41 comments

**Sign in** or **Create Account**                    1 person listening


+ Follow                                                      Post comment as...

## Retail


Scandalesque's *Sexy Sci-Fi* at Phoenix Center For the Arts, 6/28/13

More Slideshows >>



**General**

Traders Smoke Shop
View Ad | View Site

Hydroponic Depot
View Ad | View Site

Arizona Firearms & Pawn
View Ad | View Site

**Auto**

Phoenix Tires & Wheels Outlet
View Ad | View Site

More >>

Newest | Oldest | Top Comments



**Feather** — 13 days ago

Klayman is as corrupt as they come.

The statement: Klayman thinks the judge -- "who is a liberal Democrat and a Jew," ....

Stating a person is a Jew in the manner that Klayman said is pretty racist. He will throw anything out just to make himself credible. As punishment, Klayman should be forced to do community service with the Jewish population. Scum bag.

1  Like    Reply



**MaskedMagician1967** — Jun 18, 2013

Why would Judge Herrod recuse himself from the case if he USED TO BE a partner at the law firm representing Arpaio in Melendres vs. Arpaio?

I ask this because the judge, who was appointed by a governor, likely would have no knowledge of the Melendres case, as he was not personally representing the plaintiffs.

1  Like    Reply



**deniseaz2003** — Jun 18, 2013

@MaskedMagician1967 i was wondering that too , and as his wife is a lobbiest under a 501(c)3 ,, but her operations do need a serious over look by the I.R.S. . what is his role , and more so ,,,, is he a voted in , or appointed , and if appointed by whom ?

Like    Reply



**MaskedMagician1967** — Jun 18, 2013
@deniseaz2003

Judges in Maricopa and Pima Counties are appointed by a governor. Judges in the other 13 counties are elected by the people.

However, the judges undergo a retention vote every 4 years.

What I don't get is why the U.S. House of Representatives is raising hell about what the IRS does. 501(c)3 REQUIRES the IRS to scrutinize tax-exempt applications, regardless of political affiliation, to insure that there is no political affiliation with the tax-exempt group.

1  Like    Reply



**WhoKnows** — Jun 18, 2013
@MaskedMagician1967 @deniseaz2003

The current IRS thing is about 501(c).4 (not .3). By LAW they must be EXCLUSIVELY "social welfare groups and can not engage in politics.

1  Like    Reply



**yourproductsucks** — Jun 18, 2013
@WhoKnows

Once again, you are incorrect.

Organizations exempt under IRC 501(c)(4) may engage in germane lobbying activities without the restrictions imposed on IRC 501(c)(3) organizations.

Since the test for exemption under IRC 501(c)(4) looks to the organization's primary activities, an organization exempt under IRC 501(c)(4) may engage in substantial non-exempt activities.



**WhoKnows**    Jun 18, 2013

**@yourproductsucks @WhoKnows**

Uh, seems YOU never read the LAW on 501(c).4. Are you qualified to google it or do you need help?

You like to make up stuff, don't you?

The LAW states EXCLUSIVELY Social welfare, the IRS regs say PRIMARILY social welfare. Do you not believe in the LAW? Seems you don't!

Like   Reply



**MaskedMagician1967**    13 days ago

**@WhoKnows**

501(c)4 can participate in limited political and campaign activity, but its primary objective must be social welfare.

501(c)3 CANNOT engage in ANY political activity.

Like   Reply



**WhoKnows**    Jun 18, 2013

**@MaskedMagician1967** I'd imagine that he still associates with his former partners and would recuse himself from any case they are involved in. Plus, his wife is nuts and he's lost credibility!

1 Like   Reply



**deniseaz2003**    Jun 18, 2013

lets see ,, Klayman is now going after the Ohio Judge who made the ruling against him ?? ohhh myyyyyy ,,, i can see just how this is going to play out ,, and i do not think he will like the out come by far .. and as i think it may just fall out is he will be seeing behind bars for quite a few years ..

he is the one who brought the case to court in the first place as he wanted visitation with his kids ,, and did not want to pay child support . when asked about possible violations on the kids , ( if they happened or not is mute at this point , ) ,, he refused to answer that issue ,, he lost the case ,,

if he is to go after the judge , he is going to either answer up to the allegations . or keep quiet , once again . if he does not answer up then he is filing to the courts for vendetta , and then he loses it all, and hello prison . either way, he is toast , and the Ohio courts will be the toaster .

1 Like   Reply



**MaskedMagician1967**    Jun 18, 2013

**@deniseaz2003**

lol Candy Andy and the Miscreants tried to sue judges for their rulings against them... and it resulted in them being disbarred and held personally liable for damages...so there is precedence.

If Klayman goes after the judge, he's gonna be in serious legal trouble. He'll be on the hook for his own legal expenses (he's not a public official, so his lawyer isn't taxpayer-funded), his Bar trial (Candy Andy's cost $554,000) and whatever damages the judge seeks, should the judge counter-sue (and I fully believe the judge will), all from his own pocket.

Get some popcorn and a cold beer and get ready to watch the Klayman Show....

1 Like   Reply


**deniseaz2003** — Jun 18, 2013
**@MaskedMagician1967 @deniseaz2003** i am glued to it , as i have been since he first racked up his face in Az messes . i actually pulled out a lot of the things wich i found via a simple web search ,, ( should try it yourself ,) he gives pages and pages and more pages of Klayman style abuse of legal system ,, more so his losses , he is as well disbarred in the state of Pennsylvania( or at least one state in the east , and reprimanded in Floridaze ... he is a fool and a joke and a clud clown .

Like    Reply


**MaskedMagician1967** — Jun 18, 2013
**@deniseaz2003**
This is gonna be good. I can't wait to see Klayman be handed his ass. I suspect that the State Bar will find probable cause to move the issue to trial and disbar his sorry ass.

1 Like    Reply


**nojailforyou1** — Jun 18, 2013
Is he good friends with Andrew Thomas? You know, "birds of a feather flock together".

1 Like    Reply


**MaskedMagician1967** — Jun 18, 2013
**@nojailforyou1**
Probably.

1 Like    Reply


**MaskedMagician1967** — Jun 18, 2013
I hope Klayman is disbarred. Then I hope he's sent to prison right alongside Jerry Sandusky...

1 Like    Reply


**WhoKnows** — Jun 18, 2013
*"pro hac vice"*

*Shouldn't that be "pro hack and into vice"?*

1 Like    Reply


**shadeaux14** — Jun 18, 2013
The old sick fuck sure does keep the Arizona Bar working late.

2 Like    Reply


**JoeArpaioFan** — Jun 18, 2013
Unfounded rhetoric. he can't be panalized for his anti-recall efforts. His efforts did help defeat the recall. Again let me say HAHAHAHAHA!!!!!!!!!!!!

Like    Reply


**shadeaux14** — Jun 18, 2013
@JoeArpaioFan Panalized?
You mean we can't enclose him in a wall?

3 Like    Reply


**david_saint01** — Jun 18, 2013

**@JoeArpaioFan** LMFAO klayman is a certified loon, who apparently likes to touch his own kids...figures you would like him, scumbags usually travel in packs.

ps if in fact this is true, that the judge was associated with the firm representing arpaio, then that is a clear conflict. and since his license has already been suspended in another jurisdiction, it wont be surprising if the AZ bar goes after him

3 👥 ? Like  Reply


**deniseaz2003** — Jun 18, 2013

**@david_saint01 @JoeArpaioFan** David, , stand by i shall go do a search , and post the links for you

Like  Reply


**deniseaz2003** — Jun 18, 2013

http://wonkette.com/519086/larry-klayman-continues-clogging-legal-system-toilets-with-his-own-digestive-expulsions

Like  Reply


**deniseaz2003** — Jun 18, 2013

http://www.gpo.gov/fdsys/pkg/USCOURTS-dcd-1_06-cv-00670/pdf/USCOURTS-dcd-1_06-cv-00670-3.pdf

Like  Reply


**MaskedMagician1967** — Jun 18, 2013

**@david_saint01**

David, the judge DID recuse himself.

PS: A little reading enjoyment for you about Klayman's latest epic failure:

http://communities.washingtontimes.com/neighborhood/political-potpourri/2013/jun/14/lawyer-files-class-action-lawsuit-against-verizon-/

1 👤 Like  Reply


**david_saint01** — Jun 18, 2013

**@MaskedMagician1967 @david_saint01** i meant before he allowed that hack Klayman to work in our state without being licensed. Not after the fact.

1 👤 Like  Reply


**deniseaz2003** — Jun 18, 2013

**@MaskedMagician1967 @david_saint01** is he trying to make a new record ,, banned from all states ?? sure is batting that way

Like  Reply


**MaskedMagician1967** — Jun 18, 2013

**@deniseaz2003 @MaskedMagician1967 @david_saint01** I have no idea.

I think the suit is ludicrous and will be tossed out. And I think he will ultimately be disbarred. Then I hope to hell he's put in prison right alongside Jerry Sandusky....

1  Like   Reply

 **MaskedMagician1967**    Jun 18, 2013
**@david_saint01**

Personally the judge, once he recused himself from the case, also should have removed Klayman as lead counsel. Then we wouldn't have to potentially pay another $554K to resolve another Bar trial.

1  Like   Reply

 **MaskedMagician1967**    Jun 18, 2013
**@JoeArpaioFan**

And once he's disbarred he can work at Burger King with you Robert.

2  Like   Reply

 **FuckArpaio**    Jun 19, 2013

@JoeArpaioFan You are a fucking idiot: "Unfounded rhetoric"? Rhetoric, as in the art of speaking or writing effectively, or as in undue use of exaggeration or display. Either way, you fucking idiot, Fuck You and Fuck Joe Arpaio

Like   Reply

 **MaskedMagician1967**    13 days ago
**@FuckArpaio**

Nicely said. Especially that last part.

Like   Reply

**shadeaux14**    Jun 18, 2013

A crooked lawyer who supports a crooked sheriff. What a surprise.

5  Like   Reply

**JoeArpaioFan**    Jun 18, 2013

@shadeaux14 Not a crooked lawyer or a crooked sheriff. better be careful what you say about Arpaio or you will be charged with a threat.

Like   Reply

**allanbartlett**    Jun 18, 2013

jaffy swallows all threats. Slurp the joe sauce.

1  Like   Reply

**Eleanor_Holguin**    Jun 18, 2013

@JoeArpaioFan LOL. charged with a threat? LOL, MORON!!!!!!!

1  Like   Reply

**shadeaux14**    Jun 18, 2013

@JoeArpaioFan That really worries me Jaffy.

Like   Reply

**david_saint01**    Jun 18, 2013

@JoeArpaioFan LMAO well, seems to me Klayman would rather not see his kids than answer whether or not

he touches them inappropriately..doesnt take a rocket scientist to figure out he has serious issues. His antics just amplify them. Personally i think hes bat shit crazy and needs to wear a straight jacket for a while..but i digress. (oh, and you can tell larry if he has an issue with me, come see me anytime).

as for your comment about threats..HAHAHAHAHAHAHAHAHAHAHA good fascist soldier, try and intimidate people from speaking ill of him..in case you havent noticed though, that shit doesnt work around here.

seek therapy, please..before you go full JT ready crazy

1  Like   Reply

 **deniseaz2003**                                Jun 18, 2013

**@david_saint01 @JoeArpaioFan** what is more screw loose is the fact HE , HIMSELF brought forth the case ,,, then refused to answer . and that the case was so he could get out of paying child support ,, yea a real winner NOT !!!

2  Like   Reply

 **MaskedMagician1967**                          Jun 18, 2013
**@deniseaz2003**

Sounds like a deadbeat dad to me...Perfect person for the hateful old man of MCSO to go after.

2  Like   Reply

 **MaskedMagician1967**                          Jun 18, 2013
**@JoeArpaioFan**

LMAO good luck with that one Robert.

1 Like   Reply

Powered by Livefyre

| ABOUT US | LOCAL ADVERTISING | MOBILE | RSS | E-EDITION | SITE MAP |
|---|---|---|---|---|---|
| **MY ACCOUNT** | **CONNECT** | **ADVERTISING** | | **COMPANY** | |
| LOG IN | FACEBOOK | CONTACT US | | PRIVACY POLICY | |
| JOIN | TWITTER | NATIONAL | | TERMS OF USE | |
| | NEWSLETTERS | CLASSIFIED | | SITE PROBLEMS? | |
| | THINGS TO DO APP | INFOGRAPHICS | | CAREERS | |

©2013 Phoenix New Times, LLC, All rights reserved.