

## Blogs



# VALLEY FEVER

1000mg of news

TOP
BLOG
STORIES


Westboro Baptist Church Plans Yarnell Trip...
By Matthew Hendley


Yarnell Hill Fire: More Hotshot Crews Among...
By Matthew Hendley


Trent Franks Rushes to Support of Bill for...
By Matthew Hendley

---

Joe Arpaio Recall

# Birther Lawyer Fighting Joe Arpaio Recall Was Found to Have "Inappropriately Touched" Kids

By Matthew Hendley Fri., Feb. 22 2013 at 12:49 PM
Categories: Joe Arpaio Recall

39 Comments

Tweet  44          [1]          0

What are the chances that a lawyer who was found by a court to have "inappropriately touched" children would try to stop the recall of a county sheriff whose agency failed to properly investigate more than 400 sex crimes?

This is quite the, um, *coincidence*, as we stumbled across a judgment from an Ohio appellate court, in a divorce case involving attorney Larry Klayman.


sonoran...
**Larry Klayman, who "inappropriately touched" children, is trying to save Sheriff Joe Arpaio.**

**See also:**
-*Joe Arpaio's Birther Buddies Say They'll Take Recall Effort to Court to Shut It Down*

As we reported yesterday, a group calling itself "Citizens to Protect Fair Election Results LLC" claims it will take action against the attempted recall of Maricopa County Sheriff Joe Arpaio.

That group was registered by Surprise Tea Party "leaders" Jeff Lichter and James Wise -- the folks credited with getting Arpaio to start the "investigation" into President Obama's birth certificate -- and brought along Klayman to do the legal work.

Klayman, an attorney for Freedom Watch, happens to be friendly with the conspiracy theorists at *World Net Daily*, and once introduced a "birther" affidavit from Arpaio as evidence in an actual courtroom.

Thanks to our sister paper in Minneapolis, *City Pages*, we have an appellate court ruling from Ohio in which Klayman was unsuccessful in appealing a ruling about the terms of his parental rights stemming from his divorce, and a ruling that found him in contempt of court.

Part of that appeal was Klayman asking the court to review "the trial court's finding that [Klayman] engaged in inappropriate touching of his child is contrary to the manifest weight of the evidence and an abuse of discretion."

## Now Trending


Senator Don Shooter Charged with Three Misdemeanors for His Charter School Rampage


Granite Mountain Hotshots: How 19 Firefighters Died Battling the Yarnell Hill Fire

Tom Horne's Alleged Mistress Carmen Chenal Resigns Post as Assistant Attorney General

...conversations

## In Case You Missed It



Maricopa County Mugshots of the Week: Not-So-Minor Details

Weekend DUI Patrols on Salt River Reservation Near Scottsdale; Next Week in Phoenix, Gilbert

Michael Turley, Who Dressed Up Nephew as Terrorist to "Test" Phoenix Cops, Found Guilty

Recommended by


Like

22,364 people like Phoenix New Times.



Facebook social plugin

## Slideshows


Swim Social at The Saguaro Hotel, 6/29/13

Last Call: The End of An Era at Axis/Radius, 6/29/13


Scandalesque's *Sexy Sci-Fi* at Phoenix Center for the Arts, 6/28/13

**More Slideshows >>**

## Retail

**General**



Hydroponic Depot
View Ad | View Site

3Monkeys Print & Design
View Ad | View Site

Arizona Firearms & Pawn
View Ad | View Site

Traders Smoke Shop
View Ad | View Site

**More >>**

Read the excerpts from the appellate court's ruling below:

The issues raised by Klayman involve credibility assessments made by the magistrate. Klayman challenges these findings. The magistrate heard evidence from the children's pediatrician who reported allegations of sexual abuse to children services, and from a social worker at children services who found that sexual abuse was "indicated." Although the social worker's finding was later changed to "unsubstantiated" when Klayman appealed, the magistrate explained that the supervisor who changed the social worker's finding did not testify. The magistrate pointed out that he was obligated to make his own independent analysis based upon the parties and the evidence before him. In doing so, the magistrate found on more than one occasion [Klayman] act[ed] in a grossly inappropriate manner with the children. His conduct may not have been aberrant in the sense that he intended to or did derive any sexual pleasure from it or that he intended his children would. That, however, does not mean that he did not engage in those acts or that his behavior was proper.

The magistrate further found it significant that although Klayman denied any allegations of sexual abuse, he never denied that he did not engage in inappropriate behavior with the children. The magistrate further found it notable that Klayman, "for all his breast beating about his innocence * * * [he] scrupulously avoided being questioned by anyone from [children services] or from the Sheriff's Department about the allegations," and that he refused to answer any questions, repeatedly invoking his Fifth Amendment rights, about whether he inappropriately touched the children. "Even more disturbing" to the magistrate was the fact that Klayman would not even answer the simple question regarding what he thought inappropriate touching was. The magistrate stated that he could draw an adverse inference from Klayman's decision not to testify to these matters because it was a civil proceeding, not criminal.

After reviewing the record, we find no abuse of discretion on the part of the trial court in overruling Klayman's objections regarding the magistrate's finding that Klayman inappropriately touched the children.

Obviously, we're talking about civil court matters here, not criminal court or criminal charges.

However, a magistrate judge weighed the evidence and found that Klayman acted "in a grossly inappropriate manner with the children."

Klayman's challenge to the attempted recall of Arpaio probably won't turn out in his favor, either.

Tags: arizona, birther, Citizens To Protect Fair Election Results, freedom watch, jerome corsi, joe arpaio, joe arpaio recall, larry klayman, obama birth certificate, respect arizona, surprise tea party



Email to Friend    Write to Editor    Print Article    submit

## We Recommend





10 Meth-iest Crimes (Allegedly) Committed by Arizona Meth-Heads (Valley Fever)

Pawn Shop Owner/Alleged Meth Dealer Claims Someone Pawned Scottsdale PD

Glendale Man Planning to Meet Woman He Met Online Gets Beaten With Stick, Robbed

Uniforms                    Instead
(Valley Fever)              (Valley Fever)

                                                    Recommended by

---

**39 comments**                                     MY VOICE NATION

**Sign in**                                         **1 person listening**

+ Follow                                            Post comment as...

Newest | Oldest | Top Comments

**biffguiznot**                                     Feb 26, 2013

Is Klayman admitted in Arizona? Or is he just the only dumbass the birthers
were able to find to defend their demigod?

                                          Like        Reply

   **deniseaz2003**                                Feb 27, 2013

   @biffguiznot i have no idea ,, but knowing Az ,, who can really tell
   ?

                                          Like        Reply

**danzigsdaddy**                                    Feb 24, 2013

so Larry Klayman (a guy who inappropriately touches children) is going to
defend the right to remain sheriff, a guy who doesn't feel investigating sex
crimes against children is either that important or something that should be
staffed with competent people...........how much do you want to bet Klayman is
considering moving here? You always make sure its a neighborhood you will
fit into before you move there. Hell, old Larry might just do this Pro-Bono. he
has saved enough money by dodging his child support to get a nice house
(and he owes enough other people that he wont pay, enough to get it in the
area of his choice)    Yep, god bless America, right?

                                   4          Like    Reply

**Flyer9753**                                       Feb 23, 2013

HAHAHA!!!! Oh the Irony!

But it doesn't surprise me in the slightest :)

                                   4          Like    Reply

**deniseaz2003**                                    Feb 23, 2013

the Ohio court report of Larry Klayman ,, Klayman vs Luck ,,,

http://www.sconet.state.oh.us/rod/docs/pdf/8/2008/2008-ohio-6504.pdf

                                   3          Like    Reply

**JoeArpaioFan**                                    Feb 23, 2013

I smell a slander lawsuit. This article is pure hearsay and proves that the
liberals are now in panic mode.

                                          Like        Reply

   **danzigsdaddy**                                Feb 23, 2013

   @JoeArpaioFan thats a shame, since the link to the court report
   are supplied that validate the claims. must be something wrong with
   your sense of smell

---



5  Like | Reply



**danzigsdaddy**      Feb 23, 2013

**@JoeArpaioFan** hey Robert, speaking of lawsuits....when are they going to crack the case of "who kidnapped Joe" and prosecute them?

3  Like | Reply



**danzigsdaddy**      Feb 23, 2013

@JoeArpaioFan the only panic that the liberals are in is for the safety of their kids now that the birthers are shipping kiddie diddlers in and giving them work.....is that how you got your job at Burger King?

5  Like | Reply



**Flyer9753**      Feb 23, 2013

**@JoeArpaioFan**

ahhh... I missed you JAF, I had forgotten how much your nonsense ramblings make me laugh!

3  Like | Reply



**IdontRecall**      Feb 24, 2013

HEY JAFFY DUCK, Finally You found Your way out of that maze that's the OLD FART's hole. BTW, you forgot to clean your mouth 'cause there's a lot of shit comming out of it. I wish You get cancer throat, - since that's the tool You use to work- and die a long and painful death.You are in IGNORANT MODE.

1  Like | Reply



**david_saint01**      Feb 26, 2013

**@IdontRecall** its not jaffy, its Boi wonder lol

Like | Reply

**graham57**      Feb 24, 2013

**@JoeArpaioFan** You can't get much of anything right can you? Slander is verbal, libel is written.

3  Like | Reply



**danzigsdaddy**      Feb 23, 2013

i guess it makes sense to have a guy who has a history of touching kids be the one to defend Joe from looking the other way for crimes against children. he could always take the stand himself and say that Joe didnt look the other way while he was touching kids......Joe just didnt try to stop him

3  Like | Reply



**gerry_c**      Feb 23, 2013

Not just the birther movement (aka bowel movement). It is our very own Surprise Tea Party Patriots supporting these odious cretins. Don't forget that Ole Saggy Balls hired the bald sausage chomper to investigate MCSO corruption almost all the way to the top. Baldy also has a very suspect past with minors.

5  Like | Reply



**deniseaz2003**      Feb 22, 2013

wonder if Klayman's Ex can get a national warrant for the famous ( NOT ) ex . for unpaid child support , and when the jerk arrives here in the valley ,, wonder if the JoKKKe will arrest him for not paying up, as he does the other people ,, ??? think it is time to give the tea party nuts a cheering hurrah, they

7/2/13    Birther Lawyer Larry Klayman to Represent Men Found in a "Inappropriate" King Arthur Show - Phoenix News - Valley Fever

Case 5:13-cv-00143-ACC-PRL   Document 14-4   Filed 07/02/13   Page 5 of 49   PageID 216

could not pick a better looser to front a t nutjob on the state , and county ,,,
great pick kiddos

6  Like    Reply



**Comrade**    Feb 22, 2013

No surprise there, since the OLD FOOL seems to love that kind of people to
the point of not doing anything to go after them. Maybe deep down inside, the
Fng Shurf is one of them. It's to much coincidence that he loves pink
undeware, allow the female immates to throw the pink panties at him, pink
handcuffs, even a pink room fpr immates...allowa a Hooker Beater to train His
Clown Posse, and now another "child molester" pops up to join the "Party".
JOE CAMEL AND THOSE PUTOS FROM CTPFER need to be investigated ,
BTW, probably Jaffy's real name is Robert Jaffy Klayman.

4  Like    Reply



**danzigsdaddy**    Feb 22, 2013

is Seagal going to train the posse how to protect the schools and kids from
Klayman? thats something Joe could publicize...........oh wait that would be 2
sex offenders in a school (that we know of). so much for the 500 foot rule

4  Like    Reply



**deniseaz2003**    Feb 22, 2013

http://blogs.miaminewtimes.com/riptide/2011/11/larry_klayman_conser
vative_win.php

2  Like    Reply



**danzigsdaddy**    Feb 22, 2013

hold on...wait a minute....is this right? so the birther movement not only
supports a guy who wont investigate sex crimes and sex crimes against
children, but the birther movement even hires one of these degenerates to
defend the guy who wont arrest them?  oh wait....my bad , he isnt a proven
sex offender against kids  (he isnt cleared either) but he has been declared
by the courts to be one who cant discern inapropriate touching from
appropriate, and has been determined to be a perpetrator of
INAPPROPRIATE touching to children........oh yeah, thats so much better

6  Like    Reply



**Lone_Wolf**    Feb 22, 2013

This shouldn't surprise anyone familiar with the Flaccid Failure's ongoing
corruption and criminal enterprise known as the MCSO. He clearly serves as a
magnet for rapists, child molesters and pedophiles. Who are naturally
drawn to his nexus of evil. I hope there is more mainstream media coverage
of this one. The American public needs to know about this.

7  Like    Reply



**danzigsdaddy**    Feb 22, 2013

so Joe has surrounded himself with Seagal.....the woman abuser, and now
Klayman....the child abuser. ......is the uninvestigated sex crime number
starting to make a little more sense to you now?

6  Like    Reply



**WhoKnows**    Feb 22, 2013

Is he Jaffy's daddy?  That would explain Jaffy.

3  Like    Reply



**bob_lablaw96**    Feb 22, 2013

**@WhoKnows** Jaffy doesn't know who his daddy is.  For all he
knows, the dribbles on his momma's legs hold the only DNA that
could direct him to the sperm donor.  Not surprisingly, his father has
never admitted parenthood

  Like   Reply



**danzigsdaddy**                                                     Feb 22, 2013

i honestly cant believe that Joe would allow this guy to represent him. Joe treats everyone as if they are guilty before they have their day in court. this guy had his day in court and was found to have some serious kiddie issues

 Like   Reply



**DNichols**                                                        Feb 22, 2013

At least this "Pedifile" dosen't have to worry about Arpaio "Protecting Children."

 Like   Reply



**danzigsdaddy**                                                    Feb 22, 2013

wow......i mean really..........wow.   and this is the kind of guy Joe wants to represent him?  way to get those votes back that you lost for ignoring over 400 rapes and child molestations Joe.  if you guys go to lunch to discuss your case, dont do it within 500 feet of a school

 Like   Reply



**bob_lablaw96**                                                    Feb 22, 2013

@danzigsdaddy Joe went for an expert opinion, apparently.  The only thing that could be worse would be for Joe to hire a Catholic priest to investigate these crimes...if they really happened.

 Like   Reply



**eric.nelson745**                                                  Feb 22, 2013

Invoking your right to remain silent, whether in criminal or civil court proceedings, means that you did it.

 Like   Reply



**david_saint01**                                                   Feb 22, 2013

@eric.nelson745 i wouldnt say that...but in this case yes, because he was supposed to be fighting for the right to see his kids, or something of that nature. Id answer any and all questions i could if that meant getting my parental rights back. Seems like he didnt care too much about that.

 Like   Reply



**JohnQ.Public**                                                    Feb 22, 2013

@eric.nelson745 No, it doesn't.

 Like   Reply

**bob_lablaw96**                                                    Feb 22, 2013

@JohnQ.Public @eric.nelson745 What, pray tell, does it infer to you?

The right to refuse to answer questions that might tend to incriminate you is valid.  But, it also says that you feel that by answering those questions, you would look like a pervert, in this case.  How could the refusal not look incriminating?

 Like   Reply



**danzigsdaddy**                                                    Feb 22, 2013

@eric.nelson745  it just means you refuse to answer because your answer could incriminate you.............so it both yes and no. its not a definite "i am guilty" but is pretty close to just saying you are without actually saying it. if he is refusing to answer as to his touching children because to answer it would incriminate him on

something else... i wonder what he is hiding that is worse than being a kiddie diddler?

4  Like    Reply

 **eric.nelson745**                    Feb 22, 2013

@danzigsdaddy @eric.nelson745 One thing's for sure... he didn't expect the anti-Joe forces to delve into his past. It would be very unsurprising if he were to just all of a sudden leave town.

6  Like    Reply

 **JohnQ.Public**                    Feb 22, 2013

@danzigsdaddy @eric.nelson745 The right to not answer questions is guaranteed by the U.S. Constitution just like the right to deny law enforcement access to your house without a warrant is a Constitutional right. It's not saying "I'm guilty." It's saying "Hey, police, go do your jobs and conduct an actual investigation because under our judicial system the onus is on you, police, to prove my guilt and not on me to prove my innocence." I'm not defending this guy and I'm not saying he isn't a sleazeball - because the magistrate clearly felt that he is a sleazeball based on the language cited above - but I'm not willing to hold his exercise of his Constitutional rights against him.

2  Like    Reply

 **bob_lablaw96**                    Feb 22, 2013

@JohnQ.Public @danzigsdaddy @eric.nelson745 Keep in mind, John Q, that an experienced prosecutor will never ask a question that he does not already know the answer to. So, when you are asked a question in an open courtroom, trust that the prosecutor will bring in evidence of your guilt, whether you answer the question directly, or wait for the prosecutor to answer it....graphically!

4  Like    Reply

 **someguy**                    Feb 22, 2013

@eric.nelson745 in the court of public opinion, yes it does ... in the court of law it means nothing whatsoever, almost as if the question was never asked

3  Like    Reply

 **bob_lablaw96**                    Feb 22, 2013

@eric.nelson745 That is also my take on the invocation of that right. If you do it in civil court, you might as well wave a flag admitting you are guilty, but too much a pussy to say the word.

2  Like    Reply

 **Sandy Yost**                    Feb 22, 2013

another reason to sign to recall....

Like    Reply

Powered by Livefyre

---

**ABOUT US**    **LOCAL**    **MOBILE**    **RSS**    **E-EDITION**    **SITE MAP**

ADVERTISING

**MY ACCOUNT**    **CONNECT**    **ADVERTISING**    **COMPANY**

7/2/13
Case 5:13-cv-00143-ACC-PRL Document 14-4 Filed 07/02/13 Page 8 of 49 PageID 219
Birther Lawyer Fighting Joe Arpaio's Attorneys to Reveal Identity of "Informant" Who Gave Arpaio Kind of Bad Info on Obama - Phoenix News - Valley Fever

LOG IN
JOIN

FACEBOOK
TWITTER
NEWSLETTERS
THINGS TO DO APP

CONTACT US
NATIONAL
CLASSIFIED
INFOGRAPHICS

PRIVACY POLICY
TERMS OF USE
SITE PROBLEMS?
CAREERS

©2013 Phoenix New Times, LLC, All rights reserved.

-
-

[Wonkette](#)

- [TIPS](#)
- [Twitter](#)
- [RSS](#)
- [FACEBOOK](#)
- [ADVERTISING](#)

Search

July 2, 2013

[GROSS](#)                                                    **2:01 pm September 28, 2012**

# Judicial Watch Founder/Clinton Nemesis Larry Klayman Might Have Touched His Children In Their Swimsuit Areas

by [Rebecca Schoenkopf](#)



Well this is gross and awful. Larry Klayman, who [made his bones](#) with Judicial Watch, which was constantly suing Bill Clinton every time he sneezed (with his penis), and who most recently has been writing for WND and representing totally rad heavy metal [children's entertainer Bradlee Dean,](#) may have sexually abused his own children! Ha? Ha? Hilarious?

Specifically, Larry Klayman was appealing a Cuyahoga County court order regarding visitation and his wife's attorney's fees, and the court found that previous magistrates had not been in error when they took away his

visitation rights and awarded his ex-wife a shitload of money.

From BradleeDeanInfo, via CityPages:

From Appeals Court Judge Mary Boyle, July 26,2012 [PDF]

> {¶25} The issues raised by Klayman involve credibility assessments made by the magistrate. Klayman challenges these findings. **The magistrate heard evidence from the children's pediatrician who reported allegations of sexual abuse to children services, and from a social worker at children services who found that sexual abuse was "indicated." Although the social worker's finding was later changed to "unsubstantiated" when Klayman appealed, the magistrate explained that the supervisor who changed the social worker's finding did not testify.** The magistrate pointed out that he was obligated to make his own independent analysis based upon the parties and the evidence before him. In doing so, the magistrate found on more than one occasion [Klayman] act[ed] in a grossly inappropriate manner with the children. His conduct may not have been sexual in the sense that he intended to or did derive any sexual pleasure from it or that he intended his children would. That, however, does not mean that he did not engage in those acts or that his behavior was proper.

> {¶26} The magistrate further found it significant that although Klayman denied any allegations of sexual abuse, he never denied that he did not engage in inappropriate behavior with the children. The magistrate further found it notable that Klayman, "for all his breast beating about his innocence * * * [he] scrupulously avoided being questioned by anyone from [children services] or from the Sheriff's Department about the allegations," and that **he refused to answer any questions, repeatedly invoking his Fifth Amendment rights, about whether he inappropriately touched the children.** "Even more disturbing" to the magistrate was the fact that Klayman would not even answer the simple question regarding what he thought inappropriate touching was. The magistrate stated that he could draw an adverse inference from Klayman's decision not to testify to these matters because it was a civil proceeding, not criminal.

This does not mean Larry Klayman is guilty. (Because we are liberals.) There are lots of reasons a man might have touched his children, on the real, and we are not privy to the testimony. Also, if anyone is going to constantly invoke the Fifth Amendment when he has the opportunity to clear his name, it is Larry Klayman, because he is a crazy person. It just means fucking ew.

[BradleeDeanInfo, via CityPages]

**Tagged**

- bill clinton,
- children,
- inappropriate touching,
- judicial watch,
- larry klayman,
- pt gross,
- sexual abuse

Share **102** Like 102 Tweet **25**

## From The Web

<span style="float:right">by Taboola</span>



**6 Best Sets of Real Breasts in Hollywood**
CafeMom



**Men Only: The Case Against Exercising**
Hot Topix



**Billionaire Tells Americans to Prepare For "Financial Ruin"**
Moneynews



**Hollywood Career Killers: 15 Movies That Helped Do Away With ...**
Styleblazer



**Kama Sutra: What You Should Know**
My Daily Moment



**Storage Wars: New York -- First Full Episode!**
AETV

## 156 Comments

Hola wonkerados.

To improve site performance, we did a thing. It could be up to three minutes before your comment appears. DON'T KEEP RETRYING, OKAY?

Also, if you are a new commenter, your comment may never appear. This is probably because we hate you.

# Comments (156)

<span style="float:right">Login</span>

Sort by: **Date**   Rating   Last Activity

Login or signup now to comment.



**Come here a minute**   122p   · 39 weeks ago     +45

Because of course.

Reply



[BaldarTFlagass](#)  141p  · *39 weeks ago*                                                                                      +85

Hey, once them little bastards are out of the womb, they're fair game.

Reply        **5 replies** · *active 39 weeks ago*



[Goonemeritus](#)  127p  · *39 weeks ago*                                                                                        +22

I can only hope that he and Bradlee's sexy-times are consensual.

Reply        **1 reply** · *active 39 weeks ago*



[weejee](#)  130p  · *39 weeks ago*                                                                                              +36

*fucking ew* and then some.

Reply



[BaldarTFlagass](#)  141p  · *39 weeks ago*                                                                                      +25

Cuyahoga County? Isn't that in.... OHIO!?!?!

Reply        **2 replies** · *active 39 weeks ago*



[elviouslyqueer](#)  126p  · *39 weeks ago*                                                                                      +75

*The magistrate further found it significant that although Klayman denied any allegations of sexual abuse, he never denied that he did not engage in inappropriate behavior with the children.*

WHAT
THE
ACTUAL
FUCK?

Reply        **2 replies** · *active 39 weeks ago*



[Mojopo](#)  105p  · *39 weeks ago*                                                                                              +61

Would it not be in his best interests to clear his name, so his poor kids don't have to hear about this from schoolmates who have Google? Oh, this makes my heart hurt. Those poor kids, either way.

Reply        **1 reply** · *active 39 weeks ago*



[SorosBot](#)  144p  · *39 weeks ago*                                                                                            +42

I'm trying to think of a joke here, but nope, can't come up with one about this. Ugh fuck people.

Reply    **2 replies** · *active 39 weeks ago*

 [Baconzgood](#) 128p   · *39 weeks ago*      +19

Show us on the doll where this Dave Thomas (SCTV Thomas) look alike touched you.

Reply    **3 replies** · *active 39 weeks ago*

 [weejee](#) 130p   · *39 weeks ago*      +21

Isn't this a couple of daze early for a Cocktober Surprise?

Reply    **1 reply** · *active 39 weeks ago*

 [BaldarTFlagass](#) 141p   · *39 weeks ago*      +65

If you dress all in black, and you aren't an undergraduate or Johnny Cash, then you are a total douche.

Reply    **17 replies** · *active 39 weeks ago*

 [Serolf_Divad](#) 120p   · *39 weeks ago*      +17

Doesn't that new papyrus they discovered say that Jesus was OK with this? Because I'm pretty sure I read that somewhere... maybe on the Judicial Watch website.

Reply    **1 reply** · *active 39 weeks ago*

 [mavenmaven](#) 121p   · *39 weeks ago*      +20

Robert Novak's calling Klayman "a prickly troublemaker" was more on target than he knew...

Reply

 [Callyson](#) 130p   · *39 weeks ago*      +67

Can't snark when it comes to child abuse. I just hope the ex-wife gets herself and the kids a good therapist with that shitload of money, and that they find a way to heal somehow...

Reply    **2 replies** · *active 39 weeks ago*

 [CalvinsChoice](#) 98p   · *39 weeks ago*      +47

Somehow, this is all Bill Clinton's fault.

Reply          **4 replies** · *active 39 weeks ago*

    actor212  143p  · *39 weeks ago*                                            +45

Now, show us on the Republican elephant where the bad man touched you, son

Reply

    actor212  143p  · *39 weeks ago*                                            +18

*There are lots of reasons a man might have touched his children, on the real, and we are not privy to the testimony.*

Yes. For example, there might have been a black widow spider on his penis. Or perhaps a vampire. Or a black vampire. Or a spider widow. Don't Praying Mantis eat their men?

Reply

    EnnuiThereYet?  116p  · *39 weeks ago*                                      +12

Danger! Danger, Will Robinson!

Reply

    SmutBoffin  118p  · *39 weeks ago*                                          +18

:^(

This is good news......FOR NO ONE

Reply

    actor212  143p  · *39 weeks ago*                                            +13

Hey, Larry, I do not think the saying goes "Spare the bone, spoil the child."

I'm just sayin'...

Reply

    ManchuCandidate  130p  · *39 weeks ago*                                     +39

The answer to the question: Who Watches the Watchers?

It's Pedobear... it's always been Pedobear.

Case 5:13-cv-00143-ACC-PRL Document 14-4 Filed 07/02/13 Page 15 of 49 PageID 226

Reply        **2 replies** · active 39 weeks ago

 [Baconzgood](#)  128p  · 39 weeks ago                                                    +58

As a father of two kids....FUUUUUUUUUUUCK THIS FUCKING FUCK UP THE FUCKING FUCK HOLE WITH FUCKING RUSTY CHAINSAWS!!!!!!

*with votes*

Reply        **6 replies** · active 39 weeks ago

 [PsycWench](#)  120p  · 39 weeks ago                                                    +62

This must have been some pretty inappropriate touching if the children's pediatrician is the person who reported it.

Reply        **5 replies** · active 39 weeks ago

 [Schmannnity](#)  122p  · 39 weeks ago                                                  +39

He should have to post a sign on all of his WND and Judicial Watch posts:

SEXUAL PREDATOR

Reply        **1 reply** · active 39 weeks ago

 [coolhandnuke](#)  119p  · 39 weeks ago                                                 +19

Just a reminder to kids and adults everywhere--steer clear of Republicans wearing Members Only jackets. Or any member of the Republican party.

Reply        **1 reply** · active 39 weeks ago

 [noodlesalad](#)  124p  · 39 weeks ago                                                  +17

This is when I say fuck it and turn off the internets and find the nearest alcoholic beverage. Usually it happens earlier but I actually had shit to do today. But not anymore.

Reply

 [actor212](#)  143p  · 39 weeks ago                                                     +8

*In doing so, the magistrate found on more than one occasion [Klayman] act[ed] in a grossly inappropriate manner with the children.*

*GASP*

He expressed his political opinions????

GUILLOTINE!

Reply    **1 reply** · active 39 weeks ago

 **Baconzgood** 128p · 39 weeks ago     +9

"children's entertainer Bradlee Dean"

Linkey is brokey.

Reply    **3 replies** · active 39 weeks ago

 **eggsacklywright** 114p · 39 weeks ago     +5

More than his feet are made of Klay, eh?

Reply

 **Schmannnity** 122p · 39 weeks ago     +34

Maybe Ken Starr can get to the bottom of this with 7 or 8 years of investigation and a budget between $75 and $100 million.

Reply

 **Terry** 123p · 39 weeks ago     +20

" he refused to answer any questions, repeatedly invoking his Fifth Amendment rights, about whether he inappropriately touched the children."

Good Lord. He's like Sandusky with a big more legal savvy.

Reply

 **Hammiepants** 121p · 39 weeks ago     +36

Ugh, such hypocrites these people are. Clinton has extra-marital but consensual sex, he's a depraved monster, this dude apparently felt up his own kids, and he's calling people out on their sexual proclivities. Fucking republicans.

Reply

 **Serolf_Divad** 120p · 39 weeks ago     +17

Bill Donohue blames Klayman's gayness in 5... 4... 3...

Reply **3 replies** · active 39 weeks ago

 [HogeyeGrex](#) 107p · *39 weeks ago*                                          +11

Ah, the loudmouthed Republican fringe. Taking the moral high ground as always, I see.

Seriously. Fuck this guy.

Reply

 [PsycWench](#) 120p · *39 weeks ago*                                          +44

I thought only gays molested children.

Reply **2 replies** · active 39 weeks ago

 [kittensdontlie](#) 105p · *39 weeks ago*                                          +12

"Larry Klayman is a *prickly* troublemaker uncongenial to party and ideological establishment." The late Robert Novak, columnist.

He was more *prickly* than anyone ever knew.

Reply **1 reply** · active 39 weeks ago

 [DaveJ](#) 106p · *39 weeks ago*                                          +29

The more conservative a person is, the more rank and horrific will be the thing that eventually brings them down. Pretty much a guaranteed fact of life at this point.

Also "and that he refused to answer any questions, repeatedly invoking his Fifth Amendment rights, about whether he inappropriately touched the children" is deeply disturbing. If the answer is "no," then why not say "no." If the answer is ANYTHING other than "no," then let's fire up the wood chipper.

Reply

 [SayItWithWookies](#) 133p · *39 weeks ago*                                          +18

I feel bad for his kids. But people obsessed with other peoples' sex lives send up a red flag right away. Now about that Ken Starr fellow...

Reply

 [Antispandex](#) 104p · *39 weeks ago*                                          +38

Of course it's only bad when lierals do it, hippies! You remember when a certain portly conservative talker was caught with illegal prescrition meds, and then was later busted on a return trip from an apparent sex-cation? That is perfectly acceptable behavior because he wasn't an ELECTED official. See, where you screwed up there? Morals are for elected persons, and when they are caught, you need to check for their party affiliation. (R) = Unsubstantiated rumor. (D) = Impeachable offense. It couldn't be more logical.

Reply

 [lulzmonger](#)   103p   · *39 weeks ago*     +16

Surely noone could have [predicted](#) there would be a link between conservativism & pedophilia!

Reply    **1 reply** · *active 39 weeks ago*

 [mrblifil](#)   114p   · *39 weeks ago*     +7

They were there, he was horny. This is for the emergency room to sort out surely.

Reply

 [BigSkullF*ckingDog](#)   123p   · *39 weeks ago*     +17

Gay marriage is to blame for this.

Reply    **1 reply** · *active 39 weeks ago*

 [cheetojeebus](#)   101p   · *39 weeks ago*     +20

so stabby, so very very stabby right now.

also ball punchy.

Reply

 [BaldarTFlagass](#)   141p   · *39 weeks ago*     +32

"Larry Klayman, who made his bones with Judicial Watch, which was constantly suing Bill Clinton every time he sneezed (with his penis),"

Hey Larry, at least my "victims" were all consensual and of legal age in all 50 states. And not related to me.
---Bill Clinton

Reply    **3 replies** · *active 39 weeks ago*

 [SoBeach](#)   114p   · *39 weeks ago*     +15

*...Klayman would not even answer the simple question regarding what he thought inappropriate touching was.*

As a parent I can tell you that's about the easiest goddam question in the world to answer.

Ew indeed.

Reply

 **bureaucrap** 112p · *39 weeks ago* +6

PLEASE, PLEASE, PLEASE, let someone in the Romney campaign hire Klayman to do an endorsement spot...

Reply

 Terry 123p · *39 weeks ago* +16

That photo was taken at one of the overlooks at Great Falls Park, just north of DC. I plan on driving there immediately and pouring bleach on the spot.

Reply

 sullivanst 123p · *39 weeks ago* +8

Disgusting pig is pig, and disgusting... allegedly.

Reply

 ChillBill 127p · *39 weeks ago* +8

No snark. Disgusting to the nth degree.

Reply

 Kid_Charlemagne 105p · *39 weeks ago* +10

Republicans striking another blow for family values!

Reply　**3 replies** · active 39 weeks ago

1  2  Next »

---

**Previous post:** Former CEO of Merrill Lynch Has Some Very Pressing Questions About His Executive Pay

Next post: [Guess Who Is the Keynote Speaker at the Cayman Islands Alternative Investment Summit (Hint: It Is George W. Bush)](#)

- **Wonkette Bazaar**





- *tips@wonkette.com hotline*

  

- **We Love You You Pay Our Rent**

  You asked for a recurring donation?

  Here, Editrix, have a dollar! $1 - monthly

-

- **Amazon**

- **Around the Web**

  **From The Web**                                                    *by Taboola*



**6 Best Sets of Real Breasts in Hollywood**
CafeMom



**Men Only: The Case Against Exercising**
Hot Topix



**Billionaire Tells Americans to Prepare For "Financial Ruin"**
Moneynews



**Storage Wars: New York -- First Full Episode!**
AETV

- # Now Entering Wonkville

  - HOT LINKS
  - HOT
  - NEWEST
  - SUBMIT A LINK

  - 1.
    34

    ## Wonkville Music-O-Ra Reed

    2 days ago by Allegedly Smokey

    44 Comments

    from youtube.com
  - 2.
    24

    ## As Pay Cards Replace Bank Fees Hurt Worke

- ## Old News

  - [Rick Perry Summons Menfolk Back To Finish The Job On Ladies' Health](#)
  - [Your Handy Wonkette Guide To How You Should Feel About Edward Snowden](#)
  - [Sarah Palin Stars In Quitting Part Two: The Quittening](#)
  - [Wingnut Matt Barber Vows He Will Not Get Gay Married, Even If It Means Death Camps And Jail](#)
  - [You Fools! You Will Not Love Your Precious Wendy Davis Anymore Once You Find Out Her Terrible Secret!](#)
  - [Here, White Racists, We Found Some Black Racists For You](#)
  - [Peggy Noonan Does Not Care For Your Babby-Murdering, Young Lady](#)
  - [Ohio Congresslady Wants The Nanny State Up In Your Boner](#)

- ## Organize



  **Urge Congress to Pass the Paycheck Fairness Act!**

  **author:** LiveYourDream.org
  **signatures:** 12,331

  sign petition

  start a petition | grab this widget

- ## Look a Newsletter!



  Add your email below. We don't sell these, because that would suck.

First name

Email

Subscribe!

- 
- [Advertising Email](#)
  [Terms and Conditions](#)
  [Privacy Policy](#)

Wonkette is Hosted by [Cadre Web Hosting](#)



Wonkette Media LLC
©2003-2013 All Rights Reserved



*your New Media watchdog*

**ConWebWatch: home | archive/search | about | primer | shop**

---

## Saturday, February 23, 2013

## The Week In Larry Klayman's Failed Lawyering

**Topic:** WorldNetDaily

What has failed attorney Larry Klayman been up to this week?

First up, lying preacher Bradlee Dean revealed that he spent $77,000 on his failed, Klayman-represented lawsuit against Rachel Maddow. He finally gave up because the judge in the case refused to let Klayman transfer the lawsuit from a Washington, D.C., court to a federal court -- a move being done for the sole reason of depriving Maddow of one avenue of defense -- unless Dean paid $24,000 to Maddow's lawyers to mount a new defense.

Presumably, Klayman got a good chunk of that $77,000. Seems that Dean has a case for getting some of that money back by suing Klayman for incompetent representation. Also, there's the question of Dean got that $77,000 in the first place, given that he's supposed to be a nonprofit preacher.

(Meanwhile, a Dean representative sent a cease-and-desist letter to Wonkette trying to claim that Dean's reference to "the rod of correction" doesn't mean that he "advocated the beating of children." It also notes that Dean has retained an attorney in the case who is not Klayman.)

Then, Klayman lined up a new sucker -- er, client. He's now representing a group called Citizens To Protect Fair Election Results, which is trying to stop a recall campaign against Arizona sheriff Joe Arpaio. According to the Arizona Republic, Klayman has sent a cease-and-desist letter to recall organizers, claiming that "There are no valid reasons for this recall petition" because Arpaio was just re-elected and that it's illegal anyway because Arizona prohibits the circulation of recall petitions against an official until he or she has held office for six months.

Just a couple of problems with that. First, legal experts (which Klayman is clearly not) agree that the recall prohibition limit doesn't apply to incumbents (which Arpaio is).

Second, Klayman has shown no interest in giving President Obama the





Find more neat stuff at the ConWebWatch store!



**Find us on Facebook**

ConWebWatch

Like

255 people like ConWebWatch.

Facebook social plugin





Read my blog on Kindle

same post-election deference he demands for Arpaio. Two days before Obama was inaugurated, Klayman was ranting that "its time to legally remove the tyrant Obama from our body politic and cleanse the nation of his evil and destructive march to abolish our liberty and freedoms."

Not only is Klayman an incompetent lawyer, it seems his moral standards are extremely flexible depending on who he's going after.

Oh, needless to say, Bob Unruh's WND article on the Arpaio recall petition fails to mention the conflict of interest that Klayman has also represented WND, nor does it note that Klayman is completely wrong about the petition being illegal.

UPDATE: The Phoenix New Times reports that Citizens To Protect Fair Election Results is headed by the leaders of the Surprise Tea Party, to whom WND's Jerome Corsi gave a birther presentation that led to a request from the group to Arpaio to investigate Obama's "eligibility" to be president. Funny how that goes around.

Posted by Terry K. at 8:38 AM EST

Updated: Sunday, February 24, 2013 7:40 PM EST

Share This Post 

Permalink

Newer | Latest | Older



**Entries by Topic**

All topics «
Accuracy in Media
Capital Research Center
CNSNews.com
Free Congress Foundation
Free Republic
Horowitz
Media Research Center
NewsBusters
Newsmax
The ConWeb
The Daily Les
Washington Examiner
Western Journalism Center
WorldNetDaily

**ConWebWatch**

Front Page
About
Archive
Primer
Shop
Letters
Terry K. at Huffington Post

**Watchers**

Media Matters for America
County Fair
The Daily Howler
LGF Watch
Sully Watch
Fact-esque
Malkin(s)Watch
Reading A1 (NYT)
John Gorenfeld (Moonies)
NewsHounds (Fox News)
Media Watch
CJR Daily
The Counterpoint (Sinclair)
BlatherWatch (Seattle Radio)
Watching

OlbermannWatch

**Blogs**

Talking Points Memo

Eschaton

Suburban Guerrilla

World O'Crap

Sadly, No!

Oliver Willis

Angry Single Mom

Orcinus

Bartholomew's Notes on Religion

PFAW's Right Wing Watch

Altercation

Max Blumenthal

**News/Research**

BuzzFlash

Fairiness and Accuracy in Reporting (FAIR)

Bill Berkowitz's Conservative Watch

eRiposte's "Illiberal Conservative Media"

Media Transparency

Online Journalism Review

Open Secrets

Online Journal

**Media Bloggers**

Romenesko

PressThink

The Horse's Mouth

Media Nation

«    **February 2013**    »

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 |   |   |





Support Bloggers' Rights!

**Blog Tools**
Edit your Blog
Build a Blog
RSS Feed
View Profile







# GrateWire

NEWS & OPINION - GRATED FRESH DAILY

Username    ••••••••    **\*NEW\*** Political Games

Remember me ☐

Log in »    Register - lost password?     Search »

0

**GrateWire** » **General Open Forum**

## How Is Larry Klayman Beclowning Himself This Week? 1 post - 1 voice

Started 2 weeks ago by Black Lion

☆☆☆☆☆

out of

Rate this Topic here:

Tags:

No tags yet.



**Black Lion**
**senior member**
Joined: Jan '11
Posts: 16,962

How Is Larry Klayman Beclowning Himself This Week?
**Topic:** WorldNetDaily

Larry Klayman began his June 7 WorldNetDaily column by calling President Obama "our American 'führer,'" and it just kinda goes downhill from there. with Klayman ramping up his already heightened sense of paranoia:



> Coupled with the government's stockpiling of guns and ammunition, intimidation with internal security forces, which deploy black helicopters over our cities firing practice rounds, and other coercive

tactics, it is no longer beyond imagination that Obama and his comrades may be intending to seize absolute power with the goal of relegating We the People as his slaves – never relinquishing power.

Because calling the president a "führer" and ranting about black helicopters is a surefire way to be taken seriously in the public arena.

Speaking of not being taken seriously, Klayman has been active on the nuisance-lawsuit end of his so-called lawyering. Wonkette details how Klayman has been suing various media outlets (though, surprisingly, not us or Wonkette) for reporting on a judicial finding in his very litigious divorce that he had apparently engaged in "inappropriate behavior" with his children and that "Klayman would not even answer the simple question regarding what he thought inappropriate touching was" and even invoked the Fifth Amendment to avoid answering it.

The news organizations in question have filed a motion to dismiss Klayman's lawsuit , arguing that Klayman failed to substantiate how what was written about him was defamation. Klayman's apparent response to that was to sue the judge who made that finding about him.

And here's where the real beclowning begins. Klayman kicks things off by insulting the judge as "Jewish, a Democrat and a leftist" who purportedly "detests" Klayman "because he is a Jew who believes in Jesus Christ as Lord and Savior and the Son of God and us a cibservatuve activist who has brought many successful lawsuits and taken hard hitting legal actions against Democrats."

Klayman goes on to essentially call his children and ex-wife liars by citing statistics about false child abuse reports, and he complains that he wasn't allowed to enter a polygraph test, "which he easily passed," into evidence

as proof of his innocence.

We're not lawyers, but even we can see that the polygraph is utterly meaningless. The questions Klayman was asked in the polygraph involved whether he "sexually abuse[d]" his children or touch his children's "private sexual parts." But he wasn't accused of "sexual abuse." According to the news organization's motion to dismiss, the judge had noted in finding that Klayman had "inappropriately" touched his children:

- Allegations that Plaintiff inappropriately touched his son's genitals;
- Allegations that Plaintiff kissed his son and daughter "all over" their bodies;
- Allegations that Plaintiff had his daughter wash his genitals;
- The children's pediatrician contacted a child welfare agency to report that Plaintiff had possibly molested his son;
- A state social worker found that sexual abuse was indicated;
- One of Plaintiff's female friends took Plaintiff's nine year old daughter to alingerie store and purchased thong underwear for the daughter, which Plaintiff encouraged his daughter to wear;
- Plaintiff's complete lack of credibility; and
- State and federal judges across the country having found Plaintiff to have acted with complete disregard for the judicial process.

The polygraph address only one of the allegations, and asks about a "sexual abuse" allegation that was never specifically made.

WND and its leader, Joseph Farah, have yet to comment on these allegations against its main attorney. Perhaps it's time he does.

POSTED 2 WEEKS AGO #

RSS feed for this topic

# Reply

You must log in to post.

GrateWire is proudly powered by bbPress. bbPress theme design: Free CSS Templates - bbPress Port by bbPress Themes.

**132,050** posts in **15,842** topics over **31** months by    **196** of **11,310** members.
Latest: Therineqhwp, Bobostol, Annabellenkz

Hosting provided by Idea Sponge

[Wonkette](#)

- [TIPS](#)
- [Twitter](#)
- [RSS](#)
- [FACEBOOK](#)
- [ADVERTISING](#)

[_____]  [Search]

July 2, 2013

[YOU'RE NOBODY 'TIL SOMEBODY SUES YOU](#)                    **9:30 am March 26, 2013**

# In Which Wonkette Tries To Bait Larry Klayman Into Suing Us Also, Too

by [snipy](#)



Here at Wonkette, we've been diligently working to arrive, as the kids say these days. We've been picking twitter fights with people (well, that's mostly just the Editrix, but, you know, communism, so by extension all of us are fight-picking). We've been getting threatening letters from Bradleeeeeee Dean [promising to sue us.](#) But you guys, no one is actually suing us! Who does a blog have to blow to get sued around here? Larry Klayman (oh, christ, we're not gonna link to all the times we've had to write about this clown) is [stone cold suing](#) alt-weeklies but is not suing Wonkette.

Activist attorney Larry Klayman today announced filing a lawsuit in federal court here (Case 5:13-cv-00143-ACC-PRL) against City Pages of Minnesota and Phoenix New Times, charging that they defamed him by stating falsely that he inappropriately touched his children.

As alleged in the complaint, "The defendants in this lawsuit are ultra leftist publications who are maliciously using my children to harm me in retaliation for my legal representation of conservative

clients fighting radical homosexual and pro illegal immigrant agendas.''

If Bradlee was going to sue us, why won't his terrible lawyer sue us? Goddammit! What are we, not pretty enough to be sued? Not young enough to be sued? Not ultra-leftist enough to be sued? Not malicious enough to be sued? OK, it could never be that last reason, as we are malicious as can be. Especially in this case, we should totally be sued, because we linked to the City Pages' article about Klayman's alleged child-touching. It is too boring and complicated to re-explain here, and if we did re-explain here, we wouldn't get delicious page views to make you go read our old article on it.

Fine. Since you insist, the very short version: Larry Klayman's wife divorced him, because who wouldn't, and in the divorce filings there was some allegation that Klayman touched his children. Lucky duckies City Pages AND yr Wonkette both printed an admittedly much too long excerpt from a ruling in the case that basically said that even if he hadn't touched his children, he still could have behaved inappropriately and also too that he behaved like a creep and kept pleading the Fifth rather than, you know, explaining how he was NOT touching his children. Perhaps we are not getting sued because of our weenie liebrul disclaimer at the end?

> This does not mean Larry Klayman is guilty. (Because we are liberals.) There are lots of reasons a man might have touched his children, on the real, and we are not privy to the testimony. Also, if anyone is going to constantly invoke the Fifth Amendment when he has the opportunity to clear his name, it is Larry Klayman, because he is a crazy person. It just means fucking ew.

Just think. If only we'd skipped that whiny bit at the end, we could be getting sued too!

To soothe our wounded egos, we went over and read the complaint (helpfully posted in full at Klayman's vanity website, which features a distressing soft-focus portrait of Klayman). We'll sum it up for you here!

- Gays are mean to Bradlee Dean and therefore Larry Klayman by extension.
- Everyone at City Pages either is a gay or loves the gays
- City Pages is attacking Larry Klayman because they are gay gay gay gaylovers.
- City Pages is attacking Larry Klayman because Larry Klayman is gay (in a no homo way) for Sheriff Joe Arpaio

Welp, we are SOLD by that reasoning. We're also completely sold on the idea that linking to a court decision about someone along with an extended bit of pointing and laughing is defamation, so it is probably time to sue Wonkette back to the stone age, as linking and laughing is pretty much all we know how to do.

[Miami Herald / Larry Klayman]

## Tagged

- bradlee dean,
- city pages,
- larry klayman,
- lawsuit bait,
- pt you're nobody 'til somebody sues you

Share 36　Like　36　Tweet 13

## From The Web

<span style="float:right">by Taboola</span>



**5 Celebrity Wardrobe Malfunctions That Made Us Gasp**
CafeMom

**To Melt Belly Fat Fast Real Dose**



**Billionaire Tells Americans to Prepare For "Financial Ruin"**
Moneynews



**Hollywood Career Killers: 15 Movies That Helped Do Away With ...**
Styleblazer



**7 Worst Foods for Your Body**
Shape Magazine



**Kate Middleton's Bottomless Photos Are Just the Beginning**
CafeMom

## 114 Comments

Hola wonkerados.

To improve site performance, we did a thing. It could be up to three minutes before your comment appears. DON'T KEEP RETRYING, OKAY?

Also, if you are a new commenter, your comment may never appear. This is probably because we hate you.

# Comments (114)

<span style="float:right">Login</span>

Sort by: **Date**   Rating   Last Activity

Login or signup now to comment.



**glasspusher**   116p   · *14 weeks ago*      +28

Is he suing alt-texts?

Reply    **1 reply** · *active 14 weeks ago*



[**MeSoHornish**](#) 113p · *14 weeks ago*                                    +19

Isn't it funny how the pedophiles always find a home with some organization that hates gays? I wonder if Klayman's done legal work for the Catholic Church.

Reply     **5 replies** · *active 13 weeks ago*



[**glasspusher**](#) 116p · *14 weeks ago*                                    +13

Maybe you avoided prosecution because you said he was inappropriately touching his kids...with votes!

Reply



[**Texan_Bulldog**](#) 121p · *14 weeks ago*                                    +52

Maybe Larry knows that Wonkette doesn't have any money?

Reply     **5 replies** · *active 14 weeks ago*



[**Dr_Zoidberg**](#) 114p · *14 weeks ago*                                    +39

My god, what a delicate flower. He must be handled gently and shielded from the harsh storms of the public's opinions, lest his fragile petals be ripped from the stem to fall lifelessly to the unwelcoming ground.

Reply     **15 replies** · *active 14 weeks ago*



[**Bezoar**](#) 94p · *14 weeks ago*                                    +7

Linking and laughing libel!

Reply



[**revdrjim**](#) 97p · *14 weeks ago*                                    +5

that gave me a headache. can we just distill it down to we hateses him because he's not like us so lets gets him?

Reply



[**Beowoof**](#) 120p · *14 weeks ago*                                    +11

Ah the law suit, the last refuge of people who are pissed about calling them on their bullshit. Sorry Larry, being ultra leftist and pointing out the dumb stuff you say is not grounds for defamation. The biggest reasons are what is being said is true. And you are a public figure and people can make fun of you.

Reply

 [BadKitty904](#)   125p   · *14 weeks ago*       +23

"my legal representation of conservative clients fighting radical homosexual...agendas."

So, Larry's OK with mainstream homosexual agendas?

Reply     **3 replies** · *active 14 weeks ago*

 [glasspusher](#)   116p   · *14 weeks ago*       +9

When I think of all the child abuse my mom could be prosecuted for today, giving me a well placed and deserved smack when I needed it, I wonder...

...now when ms glasspusher does it, it's called something between consenting adults.

Reply

 [AlterNewt](#)   117p   · *14 weeks ago*       +11

Hating gays?

So over

Reply

 [xl11e7thst](#)   110p   · *14 weeks ago*       +13

Larry? pull up your fucking big boy pants and stop whining.

Reply

 [Terry](#)   123p   · *14 weeks ago*       +17

"Larry Klayman's wife divorced him, because who wouldn't "

Who would marry him in the first place?

Reply     **10 replies** · *active 14 weeks ago*

 [ChillBill](#)   127p   · *14 weeks ago*       +13

Kindly fuck off, Larry.

On a side note, I can't believe we lost to City Pages of Minnesota and the Phoenix New Times.

Reply     **3 replies** · *active 14 weeks ago*

 [ManchuCandidate](#) 130p   · *14 weeks ago*     +8

Hello, Larry.

This is not what people (allegedly) mean when they say "Kids should have hands on parenting."

Reply

 [Lizzietish81](#) 120p   · *14 weeks ago*     +11

You should do what Larry Flynt did, write up an article about with a fake interview with him about how he had sex with his grandmother all Aleister Crowley style.

Reply     **2 replies** · *active 14 weeks ago*

 [johnnyzhivago](#) 123p   · *14 weeks ago*     +11

I was hoping to start the day with some hilarious cat photos.

Reply     **3 replies** · *active 14 weeks ago*

 [BadKitty904](#) 125p   · *14 weeks ago*     +14

Has the Homintern been informed that that relentless defender of All That Is Good in This World, Larry KKKlayman, has blown (heh) the cover of their nefarious propaganda wing - the City Pages of Minnesota and Phoenix New Times?

Reply     **1 reply** · *active 14 weeks ago*

 [Mumbletypeg](#) 124p   · *14 weeks ago*     +7

...

I'm not sure who I'm supposed to be rooting for.

Reply     **2 replies** · *active 14 weeks ago*

 [irregularJuan](#) 96p   · *14 weeks ago*     +5

I think the pink cup should had instead
"Come At Me Bro!!"

Reply

Case 5:13-cv-00143-ACC-PRL    Document 14-4    Filed 07/02/13    Page 39 of 49 PageID 250

 [docterry6973](#)  112p  · *14 weeks ago*                                                                    +7

Ever notice that right-wingers say whacky stuff?

Reply        **1 reply** · active 14 weeks ago

 [smashedinhat](#)  101p  · *14 weeks ago*                                                                 +4

If the Wonkette gets sued just write a post dated check in Euros on a Cypriot account. It'll bounce so high even Mann Coulter couldn't get her hands on it.

Reply

 [Lowkey3888](#)  96p  · *14 weeks ago*                                                                      +4

I have just clicked the clicky and read the original post (YOU'RE WELCOME), which included a picture of Klayman. Question: is it just me, or does Klayman look like an evil, rapey Dave Thomas?

Reply        **1 reply** · active 14 weeks ago

 [mavenmaven](#)  121p  · *14 weeks ago*                                                                    +8

technically he is suing the entire world, in the name of little people apparently: 'the time has come for we Americans to rise up and use the God-given rights left to us by our founders'. [http://www.citizensgrandjury.com/120420-klayman.p...](http://www.citizensgrandjury.com/120420-klayman.p...) i'm not sure what grievance the wee americans have, or how the founders leave god given rights, but consider yourselves sued in some way.

Reply        **5 replies** · active 14 weeks ago

 [weejee](#)  130p  · *14 weeks ago*                                                                         +7

Took a serious Klayman this morning, passing a 4" brick out my little 1" bung.

Reply

 [Tommy1734](#)  98p  · *14 weeks ago*                                                                       +8

Oh Wokette - don't feel bad. I think you are all pretty enough and young enough and malicious enough to be sued. If it will make you feel better I'll hire a lawyer (Orly natch) and sue your pants off. Or whatever it takes to get them off.

Reply        **1 reply** · active 14 weeks ago

                                                                                                                                +5



**johnnyzhivago**  123p  · *14 weeks ago*

OT - I just sent this to the TIPS line, but it is pretty hilarious:
http://livewire.talkingpointsmemo.com/entry/tenn-...

Reply        **2 replies**  · active 14 weeks ago



**JohnQFugly**  57p  · *14 weeks ago*                                              +3

Thought you'd never sue me til I got a fat city address...

Reply



**not that Dewey**  131p  · *14 weeks ago*                                         +7

That's so cute that he thinks that there is anything "ultra-leftist" in the United States. Even the goddamn Right SRs were far more leftist than anything we have today.

Reply



**GoodDogThor**  84p  · *14 weeks ago*                                             +6

Klayman -> Gayman. Larry's lashing out due to elementary school trauma from his 'pick on me' last name...

Reply



**MilwaukeeKent**  102p  · *14 weeks ago*                                          +9

Just one thing, Wonkette, just one damned thing: IF Larry Klayfeet (or any other far-right bozo) does sue you, ever, Make Them Own It (NOT Wonkette), make them bathe, in public, in the foul stink of their own fetid imaginations, really.

Reply



**Lizzietish81**  120p  · *14 weeks ago*                                           +6

Ok, I have an idea. Get some hot young guy to seduce him and get it all on film.

Exclusive! Wonkette Catches anti gay advocate in bed with strapping young man! ONLY HERE!

Then he'll be suing you.

Reply        **1 reply**  · active 14 weeks ago



**MeSoHornish**  113p  · *14 weeks ago*                                            +9

World class buffoon Larry Klayman has lots of gay friends. Honest.

He said, "I love my sad and tragic gay friends despite their miserable lives."

How terribly convincing.

Reply

 **LibrarianX**  103p  · *14 weeks ago*                                         **+5**

Run this: Larry Klayman is shagging Pat Robertson during special "prayer sessions."

Reply

 **Biel_ze_Bubba**  131p  · *14 weeks ago*                                      **+7**

If Le Wonquette, in quoting the ruling of an Appeals Court Judge, is guilty of libel, Klayman is going to have to sue the
judge who wrote the ruling. Good luck with that, man-who-pleads-the-Fifth-when-asked-if-he-molests-his-kids.

It seems that the GOP is more than just the "Party of Stupid" -- it's the Party of Psychopaths. It's a wonder they get any
votes at all.

Reply

 **Monsieur_Grumpe**  124p  · *14 weeks ago*                                  **+7**

Maybe Wonkette could get sued if they throw in some bestiality accusations unless of course, they are true and probably
are, so…

Reply

 **glesslib**  78p  · *14 weeks ago*                                          **+5**

Wonkette, please help me wrap my frail little brain around how he can sue anyone, if these are public court records that were
excerpted by news publications. Would he have any expectation of privacy in such a case? Is he so rich that he has
unlimited funds to sue everyone? Is his lawyer just willing to sue anyone on earth as long as there is a few attached? Or is
he just some blockhead who is going to show us all?

Reply       **2 replies** · *active 14 weeks ago*

 **Humorously_Joe**  123p  · *14 weeks ago*                                   **+2**

Last time I checked, being lefty isn't in and of itself a tortuous offense, as much as Larry Klayman seems to believe/wish it
was.

Reply

 **James Michael Curley**  117p  · *14 weeks ago*                                    +6

There are so many lawyers and bar members on Wonkette we need a liquor license.
There are so many liars on Wonkette oral arguments in court are fierce.

Believe me, never find yourself in an oral argument with a drunken lawyer.

Reply

 **sullivanst**  123p  · *14 weeks ago*                                    +2

So, Larry's complaint is in itself probably closer to actionable libel than the articles it's complaining about? Of course, it's still a million miles from actionable libel, because his complaint is entirely obviously completely without the remotest semblance of having a chance of success. Hey dude, *New York Times Co. vs Sullivan* - read it and weep, asshole.

Reply

 **DahBoner**  122p  · *14 weeks ago*                                    +2

You would think the best bait for a RAT is CHEESE, right?

But no. They will literally break their necks to get some PEA NUT BUTT-ER...

Reply

 **An_Outhouse**  112p  · *14 weeks ago*                                    +3

Larry Klayman is confused. We're pro illegal gays and and radical immigrants.

Reply

 **LibertyLover**  110p  · *14 weeks ago*                                    +1

Page views. How do they work again?

Click here to find out.

Reply

 **sam edwards**  97p  · *14 weeks ago*                                    +1

Awwww, I'm sorry Wonkette. I can try and sue you in small claims court if it will make you feel better. I dunno what for... maybe for all the work I'm supposed to be doing while I'm reading your blog? Will that help?

Reply

 [StinkingWaterRat](#) 102p · *14 weeks ago*                                    +3

Did you know that in James Dobson's book on parenting, he recommends fathers exposing themselves to their little kids to show them who the alpha male is? True story. because there's not any predilection to pederasty in the American church at all.

Reply

 [chascates](#) 123p · *14 weeks ago*                                               +1

Donald Trump sues people. We Wonketters say he wears a wig to cover the large 666 on the top of his head. Sue us you Antichrist or remove your rug!!!!

Reply

 [FFS Buddha](#) 125p · *14 weeks ago*                                            +1

Not malicious enough to be sued?

Scotty...we.need.more.malice!

Capt'n...I dinna tink tae engines weel tek much more o dis.

Reply

 [Negropolis](#) 145p · *13 weeks ago*                                            +1

You guys, it would totally be irresponsible not to speculate that Larry Klayman may have touched his children in his bathing suit areas.

Did anyone else hear that Larry Klayman may have touched his children in their bathing suit areas?

Reply

 [ttommyunger](#) 133p · *13 weeks ago*                                          +1

Larry Klayman. The less said (and thought) about this insignificant little turd, the better.

Reply

 [laserhaas](#) -31p · *4 weeks ago*                                              +1

The thingy is - you sue for defamation, you have to prove it.

That also means, Larry gets put under the microscope.

Reply

1 2 Next »

---

Previous post: [Bryan Fischer Just Can't Stop Thinking About Gays Having All The Gay Sex, Because Gay Sex Is So Gay And Wrong (Also Gay)](#)

Next post: [Worst Hero EMT Ever Refuses To Unleash Her Ta-Tas For Gravely Wounded Soldier](#)

- **Wonkette Bazaar**





- **tips@wonkette.com hotline**



- ## We Love You You Pay Our Rent

You asked for a recurring donation?

Here, Editrix, have a dollar! $1 - monthly ▾

- 

- ## Amazon

- ## Around the Web

### From The Web

by Taboola





**5 Celebrity Wardrobe Malfunctions That Made Us Gasp**
**CafeMom**

**Storage Wars: New York -- First Full Episode!**
**AETV**





**Billionaire Tells Americans to Prepare For "Financial Ruin"**
**Moneynews**

**1 Weird Fat Loss Secret To Melt Belly Fat Fast**
**Real Dose**

- ## Now Entering Wonkville

- HOT LINKS
- HOT
- NEWEST
- SUBMIT A LINK

- 1.
  34

  ## Wonkville Music-O-Ra Reed

  2 days ago by Allegedly Smokey

  44 Comments

  from youtube.com
- 2.
  24

  ## As Pay Cards Replace Bank Fees Hurt Worke

- **Old News**
  - Rick Perry Summons Menfolk Back To Finish The Job On Ladies' Health
  - Your Handy Wonkette Guide To How You Should Feel About Edward Snowden
  - Sarah Palin Stars In Quitting Part Two: The Quittening
  - Wingnut Matt Barber Vows He Will Not Get Gay Married, Even If It Means Death Camps And Jail
  - You Fools! You Will Not Love Your Precious Wendy Davis Anymore Once You Find Out Her Terrible Secret!
  - Here, White Racists, We Found Some Black Racists For You
  - Peggy Noonan Does Not Care For Your Babby-Murdering, Young Lady
  - Ohio Congresslady Wants The Nanny State Up In Your Boner

- **Organize**



**Urge Congress to Pass the Paycheck Fairness Act!**

**author:** LiveYourDream.org
**signatures:** 12,331

sign petition

start a petition | grab this widget

- # Look a Newsletter!



Add your email below. We don't sell these, because that would suck.

First name

Email

Subscribe!

- 
- Advertising Email
  Terms and Conditions
  Privacy Policy

Wonkette is Hosted by Cadre Web Hosting



Wonkette Media LLC
©2003-2013 All Rights Reserved