# EXHIBIT 2

COURT OF COMMON PLEAS
DIVISION OF DOMESTIC RELATIONS
CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| LARRY ELLIOT KLAYMAN | : | Case No: DR07 316840 |
| Petitioner | : | |
| | | Judge: DIANE M. PALOS |
| - vs - | : | |
| STEPHANIE ANN LUCK | : | JUDGMENT ENTRY |
| Respondent | : | |

This matter came on for hearing on June 29th, and June 30th, July 2nd, October 23rd, 26th, 27th, 28th and 29th, November 3rd, 4th, and 5th, as well as December 1st, 2nd, 3rd and December 4, 2009, before Magistrate Lawrence R. Loeb upon the Petitioner's Motion For Allocation of Parental Rights & Responsibilities, Motion No. 246178: Petitioner's Motion For Attorney Fees, Motion No. 246180; Petitioner's Motion To Show Cause, Motion No. 247721; Respondent's Motion Motion to Modify Divorce Decree (denominated by the Court as Modify Existing Order Of Court), Motion No. 249314; Respondent's Motion For Attorney Fees, Motion No. 253120; Respondent's Motion For Sanctions, Motion No. 253121; Respondent's Motion To Show Cause Noncompliance With Judgment Entry, Motion No. 260457; Respondent's Motion For Attorney Fees, Motion No. 288236 and Respondent's Motion For Attorney Fees, Motion No. 290239.

The Court adopts the Magistrate's Decision filed **June 9, 2010**, in its entirety.

**IT IS HEREBY ORDERED:**

**AFTER CONSIDERING THE MAGISTRATE'S DECISION FILED JUNE 9, 2010, PLEADINGS, EXHIBITS, AND COMPLETE TRANSCRIPT, PETITIONER'S PRELIMINARY OBJECTIONS FILED JUNE 23, 2010, AND SUPPLEMENTAL OBJECTIONS FILED APRIL 22, 2011, ARE HEREBY OVERRULED AND THE DECISION OF THE MAGISTRATE ADOPTED WITHOUT MODIFICATION.**

Petitioner/Plaintiff's Motion For Allocation of Parental Rights & Responsibilities, Motion No. 246178, and Petitioner/Plaintiff's Motion to Show Cause, Motion No. 247721, are dismissed with prejudice. Respondent/Defendant's Motion to ModifyDivorce Decree, Motion No. 249314, is granted. Pending further order of Court the Petitioner/Plaintiff shall have supervised parenting time with the minor children every other weekend, except when the children are out of the town for vacation, from Saturday at 10:00 a.m. to 7:00 p.m. and on Sunday from 10:00 a.m. to 7:00 p.m. with a supervisor to be selected by the Respondent/Defendant and paid for by the Petitioner/Plaintiff. In addition, the Petitioner/Plaintiff shall have supervised visitation with the children from 10:00 a.m. to 7:00 p.m.on the holidays specified in the parties' Virginia divorce decree.

The Petitioner/Plaintiff shall not move this Court to modify the supervised parenting time and the Court shall not consider a motion to modify supervised parenting time or modify the supervised parenting time schedule set forth in the preceeding paragraph until the Petitioner/Plaintiff submits to a full psychiatric or psychological evaluation to be conducted by a psychiatrist or psychologist in the Greater Cleveland area acceptable to the Respondent/Defendant. The Petitioner/Plaintiff shall sign releases for the individual conducting the evaluation to have full access to any and all medical and/or psychological records and/or records of any counselor with whom the Petitioner/Plaintiff has consulted for any reason and for any other records that the person conducting the evaluation may deem necessary in order to compete the evaluation. The Respondent/Defendant shall have full access to the person conducting the evaluation and may provide the evaluator with whaterver documents she believes the person conducting the evaluation may need in order to complete his/her evaluation. The cost of the evaluation shall be borne by the Petitioner/Plaintiff.

Petitioner/Plaintiff's Motion for Attorney Fees, Motion No. 246180, is denied. Respondent/Defendant's Motion for Sanctions, Motion No. 253121, is denied. Respondent/Defendant's Motion to Show Cause, Motion No. 260457, is denied. Respondent/Defendant's Motions for Attorney Fees, Motion No. 288236, Motion No. 290239, Motion No. 253120, and the motion she filed for Attorney Fees at the same time that she filed her Motion to Modify Decree are granted. The Respondent/Defendant is hereby awarded attorney fees in the anmout of $.325,000.00 for which judgement is rendered and execution shall issue.

Costs adjudged against the Plaintiff.

_____
JUDGE DIANE M. PALOS

pap

cc: Roger L. Kleinman, Esq.
Attorney for Petitioner

Suzanne M. Jambe, Esq.
Attorney for Respondent

Jennifer L. Malensek, Esq.
Guardian ad Litem

DR-H733

2