# EXHIBIT 4

# The Supreme Court of Ohio

FILED
JAN 23 2013
CLERK OF COURT
SUPREME COURT OF OHIO

| | | |
|---|---|---|
| Larry Elliot Klayman | | Case No. 2012-1771 |
| v. | | ENTRY |
| Stephanie Ann Luck | | |

    Upon consideration of the jurisdictional memoranda filed in this case, the court declines to accept jurisdiction of the appeal pursuant to S.Ct.Prac.R. 7.08(B)(4).

(Cuyahoga County Court of Appeals; No. 97074)

_____
Maureen O'Connor
Chief Justice