# EXHIBIT 6

# Supreme Court of Florida

MONDAY, AUGUST 29, 2011

CASE NO.: SC11-247
Lower Tribunal No(s).: 2011-70,621(11A)

THE FLORIDA BAR     vs.     LARRY ELLIOT KLAYMAN

Complainant(s)                 Respondent(s)

The Court approves the uncontested referee's report and reprimands respondent.

Judgment is entered for The Florida Bar, 651 East Jefferson Street, Tallahassee, Florida 32399-2300, for recovery of costs from Larry Elliot Klayman in the amount of $1,250.00, for which sum let execution issue.

<u>Not final until time expires to file motion for rehearing, and if filed, determined.</u>

A True Copy
Test:

Thomas D. Hall
Clerk, Supreme Court

bhp
Served:

KENNETH LAWRENCE MARVIN
DANIELA ROSETTE
LARRY ELLIOT KLAYMAN
HON. VICTORIA DEL PINO, JUDGE

PUBLIC RECORD


