UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 5:13-CV-00143-ACC-PRL

LARRY KLAYMAN,

Plaintiff,

vs.

CITY PAGES,
KEN WEINER a/k/a KEN AVIDOR,
AARON RUPER,
PHOENIX NEW TIMES,
MATTHEW HANDLEY, and
VOICE MEDIA GROUP,

Defendants.
_____/

# PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Plaintiff, Larry Klayman, hereby moves pursuant to Rules 4(m) and 6(b)(1) of the Federal Rules of Civil Procedure, moves for an extension of time of one (1) day to file a response to Defendants' Motion to Dismiss and as grounds therefore would show:

1. Plaintiff sought consent to this motion from Defendants' counsel. **Defendants consent to this motion.**

2. On July 16, 2013Defendants filed a Motion to Dismiss in the above-styled action.

3. The current deadline to respond to Defendant's Motion to Dismiss is August 16, 2013.

4. Plaintiff, who is representing himself pro se in this action, has experienced unexpected delays in returning to his office.  This unexpected delay will prevent Plaintiff from

completing the opposition to the motion to dismiss by the end of the current filing deadline.

5. An additional one (1) day will enable Plaintiff to compensate for the amount of time lost due to the extensive travel that is required and will allow Plaintiff to prepare and file the response in opposition.

6. Neither party will be harmed or prejudiced as a result of this brief extension.

WHEREFORE, Plaintiff Larry Klayman respectfully requests that this Court grant an extension of one (1) day, or until August 19, 2013 to file a response to Defendants' Motion to Dismiss.

Dated: August 16, 2013

Respectfully submitted,

*/s/ Larry Klayman*
LARRY KLAYMAN
Florida Bar No. 246220
2775 NW 49th Ave, Suite 205-346
Ocala, FL 34483
(310) - 595-0800
leklayman@gmail.com

Plaintiff in Pro Se

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 16th day of August, 2013 a true and correct copy of the foregoing Consent Motion For Extension of Time (Case No. 5:13-cv-00143) was submitted electronically to the U.S. District Court for the Middle District of Florida and served via CM/ECF upon the following:

**Sanford Lewis Bohrer**
Holland & Knight, LLP
Suite 3000
701 Brickell Ave
Miami, FL 33131
305/374-8500
Fax: 305/789-7799
Email: sbohrer@hklaw.com

**Scott D. Ponce**
Holland & Knight, LLP
Suite 3000
701 Brickell Ave
Miami, FL 33131
305/789-7575
Email: sponce@hklaw.com

*Attorneys for Defendants*

                                                */s/ Larry Klayman*
                                                Larry Klayman, Esq.