UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 5:13-CV-00143-ACC-PRL

LARRY KLAYMAN,

Plaintiff,

vs.

CITY PAGES, ET. AL.

Defendants.
_____/

## **PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**

Plaintiff, pursuant to the Court's Order of August 28, 2013 hereby responds in writing to show cause why he did not file a Case Management Report.

1. **Plaintiff's failure to file a Case Management Report was due to nothing more than inadvertent error caused by the frequency of travel that has forced Plaintiff to be out of the office and out of the state and the delays that were incurred while he was returning. See, i.e. Plaintiff's Motions for Extension of Time [Docket Nos. 16, 18, 20].**

2. Plaintiff ensures this Court that he will be more careful in the future and will not miss any further deadlines.

3. No prejudice has been caused as a result of delay in filing of the Case Management Report.

//

//

Dated: September 11, 2013

        Respectfully submitted,

        */s/ Larry Klayman*
        LARRY KLAYMAN
        Florida Bar No. 246220
        2775 NW 49th Ave, Suite 205-346
        Ocala, FL 34483
        (310) - 595-0800
        leklayman@gmail.com

        Plaintiff in Pro Se

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 11th day of September, 2013 a true and correct copy of the foregoing Response to Order to Show Cause ( Case No. 5:13-cv-00143) was submitted electronically to the U.S. District Court for the Middle District of Florida and served via CM/ECF upon the following:

**Sanford Lewis Bohrer**
Holland & Knight, LLP
Suite 3000
701 Brickell Ave
Miami, FL 33131
305/374-8500
Fax: 305/789-7799
Email: sbohrer@hklaw.com

**Scott D. Ponce**
Holland & Knight, LLP
Suite 3000
701 Brickell Ave
Miami, FL 33131
305/789-7575
Email: sponce@hklaw.com

*Attorneys for Defendants*

              */s/ Larry Klayman*
              Larry Klayman, Esq.