UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 5:13-CV-00143-ACC-PRL

LARRY KLAYMAN,

Plaintiff,

vs.

CITY PAGES, ET. AL.

Defendants.
_____/

# PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO HOLD IN PERSON CASE MANAGEMENT CONFERENCE

Plaintiff hereby respectfully requests an extension of seven days, or until October 11, 2013 to hold an in person Case Management Report conference and file the Case Management Report and as grounds therefor would show:

1. On September 23, 2013 Plaintiff sought consent for this motion from the Defendants. Counsel for the Defendants granted consent to this motion.

2. On September 20, 2013 this Court denied Plaintiff's Consent Motion for Leave of Court to Hold Case Management Conference by Telephone and gave the parties fourteen days, or until October 4, 2013 to hold an in person case management conference and file a case management report.

3. Plaintiff, who is representing himself pro se in this proceeding, is currently located out of state on business. Plaintiff will not be returning to Florida until the week following October 4th.

4. Plaintiff has conferred with Defendant's counsel and has determined that the parties will be able to meet in person the week following October 4th.

5. A short extension of seven days will enable the parties to meet in person and file the case management report.

6. No prejudice will be caused to either party.

WHEREFORE, Plaintiff respectfully requests an additional seven days, or until October 11, 2013 to hold an in person case management conference and to file the case management report.

Dated: September 25, 2013

Respectfully submitted,

*/s/ Larry Klayman*
LARRY KLAYMAN
Florida Bar No. 246220
2775 NW 49th Ave, Suite 205-346
Ocala, FL 34483
(310) - 595-0800
leklayman@gmail.com

Plaintiff in Pro Se

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 35th day of September, 2013 a true and correct copy of the foregoing Plaintiff's Consent Motion For Extension Of Time To Hold In Person Case Management Conference ( Case No. 5:13-cv-00143) was submitted electronically to the U.S. District Court for the Middle District of Florida and served via CM/ECF upon the following:

**Sanford Lewis Bohrer**
Holland & Knight, LLP
Suite 3000
701 Brickell Ave
Miami, FL 33131
305/374-8500
Fax: 305/789-7799
Email: sbohrer@hklaw.com

**Scott D. Ponce**
Holland & Knight, LLP
Suite 3000
701 Brickell Ave
Miami, FL 33131
305/789-7575
Email: sponce@hklaw.com

*Attorneys for Defendants*

                                       */s/ Larry Klayman*
                                       Larry Klayman, Esq.