UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA


CASE NO. 5:13-CV-00143-ACC-PRL

LARRY KLAYMAN,

Plaintiff,

vs.

CITY PAGES, ET. AL.

Defendants.
_____/


## SUPPLEMENT TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO HOLD IN PERSON CASE MANAGEMENT CONFERENCE

Plaintiff hereby respectfully files this supplement to Plaintiff's Motion For Extension of Time to Hold In Person Case Management Conference.

1. Plaintiff will be in Washington, D.C. the week of September 29, 2013.

2. On September 23, 2013 Plaintiff phoned Defendant's counsel's office and spoke with Mr. Bohrer's secretary. Mr. Bohrer's secretary indicated that Mr. Bohrer would consent to the motion.

3. On September 25, 2013, shortly after the filing of Plaintiff's Motion for Extension of Time, Defendant's counsel contacted Plaintiff via email and indicated that the Defendant's counsel had apparently changed their minds and no longer consented to the motion.

4. Plaintiff continues to seek an extension of time so that he may be able to attend the case management conference but wished to inform the Court of the Defendant's current

position on the matter. The reason for the extension is that Plaintiff must be in Washington, D.C. the week of September 29, 2013 and will not be in Florida. Plaintiff will travel back to Florida on October 5, 2013 and can meet that week with Defendant's counsel.

5. No prejudice will be caused to either party.

WHEREFORE, Plaintiff respectfully requests an additional seven days, or until October 11, 2013 to hold an in person case management conference and to file the case management report.

Dated: September 25, 2013

                                                  Respectfully submitted,

                                                  */s/ Larry Klayman*
                                                  LARRY KLAYMAN
                                                  Florida Bar No. 246220
                                                  2775 NW 49th Ave, Suite 205-346
                                                  Ocala, FL 34483
                                                  (310) - 595-0800
                                                  leklayman@gmail.com

                                                  Plaintiff in Pro Se

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 35th day of September, 2013 a true and correct copy of the foregoing Supplement to Plaintiff's Motion For Extension Of Time To Hold In Person Case Management Conference ( Case No. 5:13-cv-00143) was submitted electronically to the U.S. District Court for the Middle District of Florida and served via CM/ECF upon the following:

**Sanford Lewis Bohrer**
Holland & Knight, LLP
Suite 3000
701 Brickell Ave
Miami, FL 33131
305/374-8500
Fax: 305/789-7799
Email: sbohrer@hklaw.com

**Scott D. Ponce**
Holland & Knight, LLP
Suite 3000
701 Brickell Ave
Miami, FL 33131
305/789-7575
Email: sponce@hklaw.com

*Attorneys for Defendants*

                                           */s/ Larry Klayman*
                                           Larry Klayman, Esq.