UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 5:13-CV-00143-ACC-PRL

LARRY KLAYMAN,

Plaintiff,

vs.

CITY PAGES, ET. AL.

Defendants.
_____/

# PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE INITIAL DISCLOSURES

Plaintiff hereby respectfully moves this Court for an additional two (2) days to file his Fed. R. Civ. Pro. Rule 26 initial disclosures and as grounds therefor would show:

1. Plaintiff's initial disclosures are currently due on October 15, 2013.

2. Plaintiff has been dealing with a family emergency which has kept him out of the office and prevented him from attending his work.

3. In addition, Plaintiff has been feeling ill which has further hampered his ability to tend to his boutique law practice and all related matters, including the above styled lawsuit.

4. An additional two (2) days will enable Plaintiff to deal with his family emergency and complete the initial disclosures.

5. Plaintiff attempted to contact counsel for Defendants by email and telephone to seek consent for this motion. Plaintiff had not heard back from the Defendants' counsel as of

the time of the filing of this motion. Plaintiff will notify the Court of the Defendants' position as soon as he receives word as to Defendants' position.

6. No prejudice will be caused to either party.

WHEREFORE, Plaintiff respectfully requests an additional two days, or until October 17, 2013 to file his initial disclosures.

Dated: October 15, 2013

                                           Respectfully submitted,

                                           */s/ Larry Klayman*
                                           LARRY KLAYMAN
                                           Florida Bar No. 246220
                                           2775 NW 49th Ave, Suite 205-346
                                           Ocala, FL 34483
                                           (310) - 595-0800
                                           leklayman@gmail.com

                                           Plaintiff in Pro Se

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on this 15th day of October, 2013 a true and correct copy of the foregoing Plaintiff's Motion For Extension Of Time To Hold File Initial Disclosures ( Case No. 5:13-cv-00143) was submitted electronically to the U.S. District Court for the Middle District of Florida and served via CM/ECF upon the following:

**Sanford Lewis Bohrer**
Holland & Knight, LLP
Suite 3000
701 Brickell Ave
Miami, FL 33131
305/374-8500
Fax: 305/789-7799
Email: sbohrer@hklaw.com

**Scott D. Ponce**
Holland & Knight, LLP
Suite 3000
701 Brickell Ave
Miami, FL 33131
305/789-7575
Email: sponce@hklaw.com

*Attorneys for Defendants*

                                                 */s/ Larry Klayman*
                                                 Larry Klayman, Esq.