

Wonkette

- TIPS
- Twitter
- RSS
- FACEBOOK
- ADVERTISING

July 2, 2013

GROSS                                                                 2:01 pm September 28, 2012

# Judicial Watch Founder/Clinton Nemesis Larry Klayman Might Have Touched His Children In Their Swimsuit Areas

by Rebecca Schoenkopf



Well this is gross and awful. Larry Klayman, who made his bones with Judicial Watch, which was constantly suing Bill Clinton every time he sneezed (with his penis), and who most recently has been writing for WND and representing totally rad heavy metal children's entertainer Bradlee Dean, may have sexually abused his own children! Ha? Ha? Hilarious?

Specifically, Larry Klayman was appealing a Cuyahoga County court order regarding visitation and his wife's attorney's fees, and the court found that previous magistrates had not been in error when they took away his

visitation rights and awarded his ex-wife a shitload of money.

From BradleeDeanInfo, via [CityPages:](#)

From Appeals Court Judge Mary Boyle, July 26,2012 [[PDF](#)]

{¶25}  The issues raised by Klayman involve credibility assessments made by the magistrate. Klayman challenges these findings. **The magistrate heard evidence from the children's pediatrician who reported allegations of sexual abuse to children services, and from a social worker at children services who found that sexual abuse was "indicated." Although the social worker's finding was later changed to "unsubstantiated" when Klayman appealed, the magistrate explained that the supervisor who changed the social worker's finding did not testify.** The magistrate pointed out that he was obligated to make his own independent analysis based upon the parties and the evidence before him. In doing so, the magistrate found on more than one occasion [Klayman] act[ed] in a grossly inappropriate manner with the children. His conduct may not have been sexual in the sense that he intended to or did derive any sexual pleasure from it or that he intended his children would. That, however, does not mean that he did not engage in those acts or that his behavior was proper.

{¶26}  The magistrate further found it significant that although Klayman denied any allegations of sexual abuse, he never denied that he did not engage in inappropriate behavior with the children. The magistrate further found it notable that Klayman, "for all his breast beating about his innocence * * * [he] scrupulously avoided being questioned by anyone from [children services] or from the Sheriff's Department about the allegations," and that **he refused to answer any questions, repeatedly invoking his Fifth Amendment rights, about whether he inappropriately touched the children.** "Even more disturbing" to the magistrate was the fact that Klayman would not even answer the simple question regarding what he thought inappropriate touching was. The magistrate stated that he could draw an adverse inference from Klayman's decision not to testify to these matters because it was a civil proceeding, not criminal.

This does not mean Larry Klayman is guilty. (Because we are liberals.) There are lots of reasons a man might have touched his children, on the real, and we are not privy to the testimony. Also, if anyone is going to constantly invoke the Fifth Amendment when he has the opportunity to clear his name, it is Larry Klayman, because he is a crazy person. It just means fucking ew.

[[BradleeDeanInfo](#), via [CityPages](#)]

**Tagged**

- [bill clinton](#),
- [children](#),
- [inappropriate touching](#),
- [judicial watch](#),
- [larry klayman](#),
- [pt gross](#),
- [sexual abuse](#)

Share **102**  **102** Tweet **25**

## From The Web

by Taboola



**6 Best Sets of Real Breasts in Hollywood**

CafeMom



**Men Only: The Case Against Exercising**

Hot Topix



**Billionaire Tells Americans to Prepare For "Financial Ruin"**

Moneynews



**Hollywood Career Killers: 15 Movies That Helped Do Away With ...**

Styleblazer



**Kama Sutra: What You Should Know**

My Daily Moment



**Storage Wars: New York -- First Full Episode!**

AETV

## 156 Comments

Hola wonkerados.

To improve site performance, we did a thing. It could be up to three minutes before your comment appears. DON'T KEEP RETRYING, OKAY?

Also, if you are a new commenter, your comment may never appear. This is probably because we hate you.

# Comments (156)

Login

Sort by: **Date**  Rating  Last Activity

Login or signup now to comment.

 **Come here a minute**  122p  · *39 weeks ago*                                    +45

Because of course.

Reply

 **BaldarTFlagass** 141p · *39 weeks ago* +85

Hey, once them little bastards are out of the womb, they're fair game.

Reply  **5 replies** · *active 39 weeks ago*

 **Goonemeritus** 127p · *39 weeks ago* +22

I can only hope that he and Bradlee's sexy-times are consensual.

Reply  **1 reply** · *active 39 weeks ago*

 **weejee** 130p · *39 weeks ago* +36

*fucking ew* and then some.

Reply

 **BaldarTFlagass** 141p · *39 weeks ago* +25

Cuyahoga County? Isn't that in.... OHIO!?!?!

Reply  **2 replies** · *active 39 weeks ago*

 **elviouslyqueer** 126p · *39 weeks ago* +75

*The magistrate further found it significant that although Klayman denied any allegations of sexual abuse, he never denied that he did not engage in inappropriate behavior with the children.*

WHAT
THE
ACTUAL
FUCK?

Reply  **2 replies** · *active 39 weeks ago*

 **Mojopo** 105p · *39 weeks ago* +61

Would it not be in his best interests to clear his name, so his poor kids don't have to hear about this from schoolmates who have Google? Oh, this makes my heart hurt. Those poor kids, either way.

Reply  **1 reply** · *active 39 weeks ago*

 **SorosBot** 144p · *39 weeks ago* +42

I'm trying to think of a joke here, but nope, can't come up with one about this. Ugh fuck people.

Reply          **2 replies** · *active 39 weeks ago*



[Baconzgood](#)  128p  · *39 weeks ago*                                    +19

Show us on the doll where this Dave Thomas (SCTV Thomas) look alike touched you.

Reply          **3 replies** · *active 39 weeks ago*



[weejee](#)  130p  · *39 weeks ago*                                        +21

Isn't this a couple of daze early for a Cocktober Surprise?

Reply          **1 reply** · *active 39 weeks ago*



[BaldarTFlagass](#)  141p  · *39 weeks ago*                                +65

If you dress all in black, and you aren't an undergraduate or Johnny Cash, then you are a total douche.

Reply          **17 replies** · *active 39 weeks ago*



[Serolf_Divad](#)  120p  · *39 weeks ago*                                  +17

Doesn't that new papyrus they discovered say that Jesus was OK with this? Because I'm pretty sure I read that somewhere... maybe on the Judicial Watch website.

Reply          **1 reply** · *active 39 weeks ago*



[mavenmaven](#)  121p  · *39 weeks ago*                                    +20

Robert Novak's calling Klayman "a prickly troublemaker" was more on target than he knew...

Reply



[Callyson](#)  130p  · *39 weeks ago*                                      +67

Can't snark when it comes to child abuse. I just hope the ex-wife gets herself and the kids a good therapist with that shitload of money, and that they find a way to heal somehow...

Reply          **2 replies** · *active 39 weeks ago*



[CalvinsChoice](#)  98p  · *39 weeks ago*                                  +47

Somehow, this is all Bill Clinton's fault.

Reply     **4 replies** · *active 39 weeks ago*

 [actor212](#) 143p · *39 weeks ago*     **+45**

Now, show us on the Republican elephant where the bad man touched you, son

Reply

 [actor212](#) 143p · *39 weeks ago*     **+18**

*There are lots of reasons a man might have touched his children, on the real, and we are not privy to the testimony.*

Yes. For example, there might have been a black widow spider on his penis. Or perhaps a vampire. Or a black vampire. Or a spider widow. Don't Praying Mantis eat their men?

Reply

 [EnnuiThereYet?](#) 116p · *39 weeks ago*     **+12**

Danger! Danger, Will Robinson!

Reply

 [SmutBoffin](#) 118p · *39 weeks ago*     **+18**

:^(

This is good news......FOR NO ONE

Reply

 [actor212](#) 143p · *39 weeks ago*     **+13**

Hey, Larry, I do not think the saying goes "Spare the bone, spoil the child."

I'm just sayin'...

Reply

 [ManchuCandidate](#) 130p · *39 weeks ago*     **+39**

The answer to the question: Who Watches the Watchers?

It's Pedobear... it's always been Pedobear.

Reply        **2 replies** · active 39 weeks ago

 [**Baconzgood**](#) 128p · *39 weeks ago*                    +58

As a father of two kids....FUUUUUUUUUUUCK THIS FUCKING FUCK UP THE FUCKING FUCK HOLE WITH FUCKING RUSTY CHAINSAWS!!!!!!

*with votes*

Reply        **6 replies** · active 39 weeks ago

 [**PsycWench**](#) 120p · *39 weeks ago*                    +62

This must have been some pretty inappropriate touching if the children's pediatrician is the person who reported it.

Reply        **5 replies** · active 39 weeks ago

 [**Schmannnity**](#) 122p · *39 weeks ago*                    +39

He should have to post a sign on all of his WND and Judicial Watch posts:

SEXUAL PREDATOR

Reply        **1 reply** · active 39 weeks ago

 [**coolhandnuke**](#) 119p · *39 weeks ago*                    +19

Just a reminder to kids and adults everywhere--steer clear of Republicans wearing Members Only jackets. Or any member of the Republican party.

Reply        **1 reply** · active 39 weeks ago

 [**noodlesalad**](#) 124p · *39 weeks ago*                    +17

This is when I say fuck it and turn off the internets and find the nearest alcoholic beverage. Usually it happens earlier but I actually had shit to do today. But not anymore.

Reply

 [**actor212**](#) 143p · *39 weeks ago*                    +8

*In doing so, the magistrate found on more than one occasion [Klayman] act[ed] in a grossly inappropriate manner with the children.*

*GASP*

He expressed his political opinions????

GUILLOTINE!

Reply    **1 reply** · *active 39 weeks ago*

 **Baconzgood** 128p · *39 weeks ago*     +9

"children's entertainer Bradlee Dean"

Linkey is brokey.

Reply    **3 replies** · *active 39 weeks ago*

 **eggsacklywright** 114p · *39 weeks ago*     +5

More than his feet are made of Klay, eh?

Reply

 **Schmannnity** 122p · *39 weeks ago*     +34

Maybe Ken Starr can get to the bottom of this with 7 or 8 years of investigation and a budget between $75 and $100 million.

Reply

 **Terry** 123p · *39 weeks ago*     +20

" he refused to answer any questions, repeatedly invoking his Fifth Amendment rights, about whether he inappropriately touched the children."

Good Lord. He's like Sandusky with a big more legal savvy.

Reply

 **Hammiepants** 121p · *39 weeks ago*     +36

Ugh, such hypocrites these people are. Clinton has extra-marital but consensual sex, he's a depraved monster, this dude apparently felt up his own kids, and he's calling people out on their sexual proclivities. Fucking republicans.

Reply

 **Serolf_Divad** 120p · *39 weeks ago*     +17

Bill Donohue blames Klayman's gayness in 5... 4... 3...

Reply    **3 replies** · active 39 weeks ago

 [HogeyeGrex](#) 107p · *39 weeks ago*    +11

Ah, the loudmouthed Republican fringe. Taking the moral high ground as always, I see.

Seriously. Fuck this guy.

Reply

 [PsycWench](#) 120p · *39 weeks ago*    +44

I thought only gays molested children.

Reply    **2 replies** · active 39 weeks ago

 [kittensdontlie](#) 105p · *39 weeks ago*    +12

"Larry Klayman is a *prickly* troublemaker uncongenial to party and ideological establishment." The late Robert Novak, columnist.

He was more *prickly* than anyone ever knew.

Reply    **1 reply** · active 39 weeks ago

 [DaveJ](#) 106p · *39 weeks ago*    +29

The more conservative a person is, the more rank and horrific will be the thing that eventually brings them down. Pretty much a guaranteed fact of life at this point.

Also "and that he refused to answer any questions, repeatedly invoking his Fifth Amendment rights, about whether he inappropriately touched the children" is deeply disturbing. If the answer is "no," then why not say "no." If the answer is ANYTHING other than "no," then let's fire up the wood chipper.

Reply

 [SayItWithWookies](#) 133p · *39 weeks ago*    +18

I feel bad for his kids. But people obsessed with other peoples' sex lives send up a red flag right away. Now about that Ken Starr fellow...

Reply

 [Antispandex](#) 104p · *39 weeks ago*    +38

Of course it's only bad when lierals do it, hippies! You remember when a certain portly conservative talker was caught with illegal prescrition meds, and then was later busted on a return trip from an apparent sex-cation? That is perfectly acceptable behavior because he wasn't an ELECTED official. See, where you screwed up there? Morals are for elected persons, and when they are caught, you need to check for their party affiliation. (R) = Unsubstantiated rumor. (D) = Impeachable offense. It couldn't be more logical.

Reply

 **lulzmonger**  103p  · 39 weeks ago                                          +16

Surely noone could have predicted there would be a link between conservativism & pedophilia!

Reply        **1 reply** · active 39 weeks ago

 **mrblifil**  114p  · 39 weeks ago                                          +7

They were there, he was horny. This is for the emergency room to sort out surely.

Reply

 **BigSkullF*ckingDog**  123p  · 39 weeks ago                                +17

Gay marriage is to blame for this.

Reply        **1 reply** · active 39 weeks ago

 **cheetojeebus**  101p  · 39 weeks ago                                     +20

so stabby, so very very stabby right now.

also ball punchy.

Reply

 **BaldarTFlagass**  141p  · 39 weeks ago                                    +32

"Larry Klayman, who made his bones with Judicial Watch, which was constantly suing Bill Clinton every time he sneezed (with his penis),"

Hey Larry, at least my "victims" were all consensual and of legal age in all 50 states. And not related to me.
---Bill Clinton

Reply        **3 replies** · active 39 weeks ago

 **SoBeach**  114p  · 39 weeks ago                                          +15

*...Klayman would not even answer the simple question regarding what he thought inappropriate touching was.*

As a parent I can tell you that's about the easiest goddam question in the world to answer.

Ew indeed.

Reply

 **bureaucrap** 112p · *39 weeks ago*      +6

PLEASE, PLEASE, PLEASE, let someone in the Romney campaign hire Klayman to do an endorsement spot...

Reply

 **Terry** 123p · *39 weeks ago*      +16

That photo was taken at one of the overlooks at Great Falls Park, just north of DC. I plan on driving there immediately and pouring bleach on the spot.

Reply

 **sullivanst** 123p · *39 weeks ago*      +8

Disgusting pig is pig, and disgusting... allegedly.

Reply

 **ChillBill** 127p · *39 weeks ago*      +8

No snark. Disgusting to the nth degree.

Reply

 **Kid_Charlemagne** 105p · *39 weeks ago*      +10

Republicans striking another blow for family values!

Reply    **3 replies** · active 39 weeks ago

1  2  Next »

---

**Previous post:** [Former CEO of Merrill Lynch Has Some Very Pressing Questions About His Executive Pay](#)

Next post: [Guess Who Is the Keynote Speaker at the Cayman Islands Alternative Investment Summit (Hint: It Is George W. Bush)](#)

- **Wonkette Bazaar**





- *tips@wonkette.com hotline*

  [                              ] [        ]

- **We Love You You Pay Our Rent**



  You asked for a recurring donation?

  [ Here, Editrix, have a dollar! $1 - monthly    ▼ ]

-

- **Amazon**

- **Around the Web**

  **From The Web**                                    by Taboola



**6 Best Sets of Real Breasts in Hollywood**
CafeMom



**Men Only: The Case Against Exercising**
Hot Topix



**Billionaire Tells Americans to Prepare For "Financial Ruin"**
Moneynews



**Storage Wars: New York -- First Full Episode!**
AETV

- # Now Entering Wonkville

  - HOT LINKS
  - HOT
  - NEWEST
  - SUBMIT A LINK

  - 1.
    34

    ## Wonkville Music-O-Ra Reed

    2 days ago by Allegedly Smokey

    44 Comments

    from youtube.com
  - 2.
    24

    ## As Pay Cards Replace Bank Fees Hurt Worke

- **Old News**

  - [Rick Perry Summons Menfolk Back To Finish The Job On Ladies' Health](#)
  - [Your Handy Wonkette Guide To How You Should Feel About Edward Snowden](#)
  - [Sarah Palin Stars In Quitting Part Two: The Quittening](#)
  - [Wingnut Matt Barber Vows He Will Not Get Gay Married, Even If It Means Death Camps And Jail](#)
  - [You Fools! You Will Not Love Your Precious Wendy Davis Anymore Once You Find Out Her Terrible Secret!](#)
  - [Here, White Racists, We Found Some Black Racists For You](#)
  - [Peggy Noonan Does Not Care For Your Babby-Murdering, Young Lady](#)
  - [Ohio Congresslady Wants The Nanny State Up In Your Boner](#)

- **Organize**



  **Urge Congress to Pass the Paycheck Fairness Act!**

  **author:** LiveYourDream.org
  **signatures:** 12,331

  sign petition

  start a petition | grab this widget

- **Look a Newsletter!**



  Add your email below. We don't sell these, because that would suck.

First name

Email

Subscribe!

- 
- [Advertising Email](#)
  [Terms and Conditions](#)
  [Privacy Policy](#)

Wonkette is Hosted by [Cadre Web Hosting](#)



Wonkette Media LLC
©2003-2013 All Rights Reserved







**your New Media watchdog**

ConWebWatch: **home** | **archive/search** | **about** | **primer** | **shop**

---

## Saturday, February 23, 2013

## The Week In Larry Klayman's Failed Lawyering

**Topic:** WorldNetDaily

What has failed attorney Larry Klayman been up to this week?

First up, lying preacher Bradlee Dean revealed that he spent $77,000 on his failed, Klayman-represented lawsuit against Rachel Maddow. He finally gave up because the judge in the case refused to let Klayman transfer the lawsuit from a Washington, D.C., court to a federal court -- a move being done for the sole reason of depriving Maddow of one avenue of defense -- unless Dean paid $24,000 to Maddow's lawyers to mount a new defense.

Presumably, Klayman got a good chunk of that $77,000. Seems that Dean has a case for getting some of that money back by suing Klayman for incompetent representation. Also, there's the question of Dean got that $77,000 in the first place, given that he's supposed to be a nonprofit preacher.

(Meanwhile, a Dean representative sent a cease-and-desist letter to Wonkette trying to claim that Dean's reference to "the rod of correction" doesn't mean that he "advocated the beating of children." It also notes that Dean has retained an attorney in the case who is not Klayman.)

Then, Klayman lined up a new sucker -- er, client. He's now representing a group called Citizens To Protect Fair Election Results, which is trying to stop a recall campaign against Arizona sheriff Joe Arpaio. According to the Arizona Republic, Klayman has sent a cease-and-desist letter to recall organizers, claiming that "There are no valid reasons for this recall petition" because Arpaio was just re-elected and that it's illegal anyway because Arizona prohibits the circulation of recall petitions against an official until he or she has held office for six months.

Just a couple of problems with that. First, legal experts (which Klayman is clearly not) agree that the recall prohibition limit doesn't apply to incumbents (which Arpaio is).

Second, Klayman has shown no interest in giving President Obama the



Find more neat stuff at the ConWebWatch store!

Find us on Facebook

ConWebWatch

Like

255 people like ConWebWatch.

Facebook social plugin





same post-election deference he demands for Arpaio. Two days before Obama was inaugurated, Klayman was [ranting](#) that "its time to legally remove the tyrant Obama from our body politic and cleanse the nation of his evil and destructive march to abolish our liberty and freedoms."

Not only is Klayman an incompetent lawyer, it seems his moral standards are extremely flexible depending on who he's going after.

Oh, needless to say, Bob Unruh's WND [article](#) on the Arpaio recall petition fails to mention the conflict of interest that Klayman has also represented WND, nor does it note that Klayman is completely wrong about the petition being illegal.

UPDATE: The Phoenix New Times [reports](#) that Citizens To Protect Fair Election Results is headed by the leaders of the Surprise Tea Party, to whom WND's Jerome Corsi [gave a birther presentation](#) that led to a request from the group to Arpaio to investigate Obama's "eligibility" to be president. Funny how that goes around.

Posted by Terry K. at 8:38 AM EST

Updated: Sunday, February 24, 2013 7:40 PM EST

Share This Post 

Permalink

Newer | Latest | Older



**Entries by Topic**

[All topics](#) «
[Accuracy in Media](#)
[Capital Research Center](#)
[CNSNews.com](#)
[Free Congress Foundation](#)
[Free Republic](#)
[Horowitz](#)
[Media Research Center](#)
[NewsBusters](#)
[Newsmax](#)
[The ConWeb](#)
[The Daily Les](#)
[Washington Examiner](#)
[Western Journalism Center](#)
[WorldNetDaily](#)

**ConWebWatch**

[Front Page](#)
[About](#)
[Archive](#)
[Primer](#)
[Shop](#)
[Letters](#)
[Terry K. at Huffington Post](#)

**Watchers**

[Media Matters for America](#)
[County Fair](#)
[The Daily Howler](#)
[LGF Watch](#)
[Sully Watch](#)
[Fact-esque](#)
[Malkin(s)Watch](#)
[Reading A1 (NYT)](#)
[John Gorenfeld (Moonies)](#)
[NewsHounds (Fox News)](#)
[Media Watch](#)
[CJR Daily](#)
[The Counterpoint (Sinclair)](#)
[BlatherWatch (Seattle Radio)](#)
[Watching](#)

OlbermannWatch

**Blogs**

Talking Points Memo

Eschaton

Suburban Guerrilla

World O'Crap

Sadly, No!

Oliver Willis

Angry Single Mom

Orcinus

Bartholomew's Notes
on Religion

PFAW's Right Wing
Watch

Altercation

Max Blumenthal

**News/Research**

BuzzFlash

Fairiness and
Accuracy in
Reporting (FAIR)

Bill Berkowitz's
Conservative Watch

eRiposte's "Illiberal
Conservative Media"

Media Transparency

Online Journalism
Review

Open Secrets

Online Journal

**Media Bloggers**

Romenesko

PressThink

The Horse's Mouth

Media Nation

«     **February 2013**     »

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 |   |   |





Support Bloggers' Rights!

**Blog Tools**
Edit your Blog
Build a Blog
RSS Feed
View Profile







# GrateWire

NEWS & OPINION - GRATED FRESH DAILY

Username     ●●●●●●●●    **\*NEW\*** Political Games

Remember me ☐

Log in »    Register - lost password?      Search »

0

**GrateWire** » General Open Forum

---

## How Is Larry Klayman Beclowning Himself This Week? 1 post - 1 voice

Started 2 weeks ago by Black Lion


out of
Rate this Topic here:

Tags:

No tags yet.

---



**Black Lion**
**senior member**
Joined: Jan '11
Posts: 16,962

How Is Larry Klayman Beclowning Himself This Week?
**Topic:** WorldNetDaily

Larry Klayman began his June 7 WorldNetDaily column by calling President Obama "our American 'führer,'" and it just kinda goes downhill from there. with Klayman ramping up his already heightened sense of paranoia:



> Coupled with the government's stockpiling of guns and ammunition, intimidation with internal security forces, which deploy black helicopters over our cities firing practice rounds, and other coercive

> tactics, it is no longer beyond imagination that
> Obama and his comrades may be intending to
> seize absolute power with the goal of relegating
> We the People as his slaves – never relinquishing
> power.

Because calling the president a "führer" and ranting about black helicopters is a surefire way to be taken seriously in the public arena.

Speaking of not being taken seriously, Klayman has been active on the nuisance-lawsuit end of his so-called lawyering. Wonkette details how Klayman has been suing various media outlets (though, surprisingly, not us or Wonkette) for reporting on a judicial finding in his very litigious divorce that he had apparently engaged in "inappropriate behavior" with his children and that "Klayman would not even answer the simple question regarding what he thought inappropriate touching was" and even invoked the Fifth Amendment to avoid answering it.

The news organizations in question have filed a motion to dismiss Klayman's lawsuit , arguing that Klayman failed to substantiate how what was written about him was defamation. Klayman's apparent response to that was to sue the judge who made that finding about him.

And here's where the real beclowning begins. Klayman kicks things off by insulting the judge as "Jewish, a Democrat and a leftist" who purportedly "detests" Klayman "because he is a Jew who believes in Jesus Christ as Lord and Savior and the Son of God and us a cibservatuve activist who has brought many successful lawsuits and taken hard hitting legal actions against Democrats."

Klayman goes on to essentially call his children and ex-wife liars by citing statistics about false child abuse reports, and he complains that he wasn't allowed to enter a polygraph test, "which he easily passed," into evidence

as proof of his innocence.

We're not lawyers, but even we can see that the polygraph is utterly meaningless. The questions Klayman was asked in the polygraph involved whether he "sexually abuse[d]" his children or touch his children's "private sexual parts." But he wasn't accused of "sexual abuse." According to the news organization's motion to dismiss, the judge had noted in finding that Klayman had "inappropriately" touched his children:

- Allegations that Plaintiff inappropriately touched his son's genitals;
- Allegations that Plaintiff kissed his son and daughter "all over" their bodies;
- Allegations that Plaintiff had his daughter wash his genitals;
- The children's pediatrician contacted a child welfare agency to report that Plaintiff had possibly molested his son;
- A state social worker found that sexual abuse was indicated;
- One of Plaintiff's female friends took Plaintiff's nine year old daughter to alingerie store and purchased thong underwear for the daughter, which Plaintiff encouraged his daughter to wear;
- Plaintiff's complete lack of credibility; and
- State and federal judges across the country having found Plaintiff to have acted with complete disregard for the judicial process.

The polygraph address only one of the allegations, and asks about a "sexual abuse" allegation that was never specifically made.

WND and its leader, Joseph Farah, have yet to comment on these allegations against its main attorney. Perhaps it's time he does.

POSTED 2 WEEKS AGO #

RSS feed for this topic

## Reply

You must log in to post.

GrateWire is proudly powered by bbPress. bbPress theme design: Free CSS Templates - bbPress Port by bbPress Themes.

**132,050** posts in **15,842** topics over **31** months by **196** of **11,310** members.

Latest: Therineqhwp, Bobostol, Annabellenkz

Hosting provided by Idea Sponge

 
 

**Wonkette**

- TIPS
- Twitter
- RSS
- FACEBOOK
- ADVERTISING

July 2, 2013

YOU'RE NOBODY 'TIL SOMEBODY SUES YOU     **9:30 am March 26, 2013**

# In Which Wonkette Tries To Bait Larry Klayman Into Suing Us Also, Too

by snipy



Here at Wonkette, we've been diligently working to arrive, as the kids say these days. We've been picking twitter fights with people (well, that's mostly just the Editrix, but, you know, communism, so by extension all of us are fight-picking). We've been getting threatening letters from Bradleeeeee Dean promising to sue us. But you guys, no one is actually suing us! Who does a blog have to blow to get sued around here? Larry Klayman (oh, christ, we're not gonna link to all the times we've had to write about this clown) is stone cold suing alt-weeklies but is not suing Wonkette.

Activist attorney Larry Klayman today announced filing a lawsuit in federal court here (Case 5:13-cv-00143-ACC-PRL) against City Pages of Minnesota and Phoenix New Times, charging that they defamed him by stating falsely that he inappropriately touched his children.

As alleged in the complaint, "The defendants in this lawsuit are ultra leftist publications who are maliciously using my children to harm me in retaliation for my legal representation of conservative

clients fighting radical homosexual and pro illegal immigrant agendas.''

If Bradlee was going to sue us, why won't his terrible lawyer sue us? Goddammit! What are we, not pretty enough to be sued? Not young enough to be sued? Not ultra-leftist enough to be sued? Not malicious enough to be sued? OK, it could never be that last reason, as we are malicious as can be. Especially in this case, we should totally be sued, because we linked to the City Pages' article about Klayman's alleged child-touching. It is too boring and complicated to re-explain here, and if we did re-explain here, we wouldn't get delicious page views to make you go read our old article on it.

Fine. Since you insist, the very short version: Larry Klayman's wife divorced him, because who wouldn't, and in the divorce filings there was some allegation that Klayman touched his children. Lucky duckies City Pages AND yr Wonkette both printed an admittedly much too long excerpt from a ruling in the case that basically said that even if he hadn't touched his children, he still could have behaved inappropriately and also too that he behaved like a creep and kept pleading the Fifth rather than, you know, explaining how he was NOT touching his children. Perhaps we are not getting sued because of our weenie liebrul disclaimer at the end?

> This does not mean Larry Klayman is guilty. (Because we are liberals.) There are lots of reasons a man might have touched his children, on the real, and we are not privy to the testimony. Also, if anyone is going to constantly invoke the Fifth Amendment when he has the opportunity to clear his name, it is Larry Klayman, because he is a crazy person. It just means fucking ew.

Just think. If only we'd skipped that whiny bit at the end, we could be getting sued too!

To soothe our wounded egos, we went over and read the complaint (helpfully posted in full at Klayman's vanity website, which features a distressing soft-focus portrait of Klayman). We'll sum it up for you here!

- Gays are mean to Bradlee Dean and therefore Larry Klayman by extension.
- Everyone at City Pages either is a gay or loves the gays
- City Pages is attacking Larry Klayman because they are gay gay gay gaylovers.
- City Pages is attacking Larry Klayman because Larry Klayman is gay (in a no homo way) for Sheriff Joe Arpaio

Welp, we are SOLD by that reasoning. We're also completely sold on the idea that linking to a court decision about someone along with an extended bit of pointing and laughing is defamation, so it is probably time to sue Wonkette back to the stone age, as linking and laughing is pretty much all we know how to do.

[Miami Herald /Larry Klayman]

## Tagged

- bradlee dean,
- city pages,
- larry klayman,
- lawsuit bait,
- pt you're nobody 'til somebody sues you

Share36 [ Like ] [ 36 Tweet13

## From The Web

by Taboola



**5 To Melt Belly Fat Fast**
**5 Celebrity Wardrobe**
**Real Dose**
**Malfunctions That Made**
**Us Gasp**
**CafeMom**



**Billionaire Tells**
**Americans to Prepare**
**For "Financial Ruin"**
**Moneynews**



**Hollywood Career**
**Killers: 15 Movies That**
**Helped Do Away With ...**
**Styleblazer**



**7 Worst Foods for Your**
**Body**
**Shape Magazine**



**Kate Middleton's**
**Bottomless Photos Are**
**Just the Beginning**
**CafeMom**

## 114 Comments

Hola wonkerados.

To improve site performance, we did a thing. It could be up to three minutes before your comment appears. DON'T KEEP RETRYING, OKAY?

Also, if you are a new commenter, your comment may never appear. This is probably because we hate you.

# Comments (114)

Login

Sort by: **Date**    Rating    Last Activity

Login or signup now to comment.



glasspusher    116p  · *14 weeks ago*                                                    +28

Is he suing alt-texts?

Reply      **1 reply** · active 14 weeks ago


**MeSoHornish**  113p  · *14 weeks ago*                                                    +19

Isn't it funny how the pedophiles always find a home with some organization that hates gays? I wonder if Klayman's done legal work for the Catholic Church.

Reply          **5 replies** · *active 13 weeks ago*


**glasspusher**  116p  · *14 weeks ago*                                                    +13

Maybe you avoided prosecution because you said he was inappropriately touching his kids...with votes!

Reply


**Texan_Bulldog**  121p  · *14 weeks ago*                                                  +52

Maybe Larry knows that Wonkette doesn't have any money?

Reply          **5 replies** · *active 14 weeks ago*


**Dr_Zoidberg**  114p  · *14 weeks ago*                                                    +39

My god, what a delicate flower. He must be handled gently and shielded from the harsh storms of the public's opinions, lest his fragile petals be ripped from the stem to fall lifelessly to the unwelcoming ground.

Reply          **15 replies** · *active 14 weeks ago*


**Bezoar**  94p  · *14 weeks ago*                                                          +7

Linking and laughing libel!

Reply


**revdrjim**  97p  · *14 weeks ago*                                                        +5

that gave me a headache. can we just distill it down to we hateses him because he's not like us so lets gets him?

Reply


**Beowoof**  120p  · *14 weeks ago*                                                        +11

Ah the law suit, the last refuge of people who are pissed about calling them on their bullshit. Sorry Larry, being ultra leftist and pointing out the dumb stuff you say is not grounds for defamation. The biggest reasons are what is being said is true. And you are a public figure and people can make fun of you.

Reply

 [BadKitty904](#) 125p   · *14 weeks ago*       **+23**

"my legal representation of conservative clients fighting radical homosexual...agendas."

So, Larry's OK with mainstream homosexual agendas?

Reply     **3 replies** · *active 14 weeks ago*

 [glasspusher](#) 116p   · *14 weeks ago*       **+9**

When I think of all the child abuse my mom could be prosecuted for today, giving me a well placed and deserved smack when I needed it, I wonder...

.. now when ms glasspusher does it, it's called something between consenting adults.

Reply

 [AlterNewt](#) 117p   · *14 weeks ago*       **+11**

Hating gays?

So over

Reply

 [xl11e7thst](#) 110p   · *14 weeks ago*       **+13**

Larry? pull up your fucking big boy pants and stop whining.

Reply

 [Terry](#) 123p   · *14 weeks ago*       **+17**

"Larry Klayman's wife divorced him, because who wouldn't "

Who would marry him in the first place?

Reply     **10 replies** · *active 14 weeks ago*

 [ChillBill](#) 127p   · *14 weeks ago*       **+13**

Kindly fuck off, Larry.

On a side note, I can't believe we lost to City Pages of Minnesota and the Phoenix New Times.

Reply     **3 replies** · *active 14 weeks ago*

 [**ManchuCandidate**](#) 130p   · *14 weeks ago*      +8

Hello, Larry.

This is not what people (allegedly) mean when they say "Kids should have hands on parenting."

Reply

 [**Lizzietish81**](#) 120p · *14 weeks ago*      +11

You should do what Larry Flynt did, write up an article about with a fake interview with him about how he had sex with his grandmother all Aleister Crowley style.

Reply     **2 replies** · *active 14 weeks ago*

 [**johnnyzhivago**](#) 123p · *14 weeks ago*      +11

I was hoping to start the day with some hilarious cat photos.

Reply     **3 replies** · *active 14 weeks ago*

 [**BadKitty904**](#) 125p · *14 weeks ago*      +14

Has the Homintern been informed that that relentless defender of All That Is Good in This World, Larry KKKlayman, has blown (heh) the cover of their nefarious propaganda wing - the City Pages of Minnesota and Phoenix New Times?

Reply     **1 reply** · *active 14 weeks ago*

 [**Mumbletypeg**](#) 124p · *14 weeks ago*      +7

...

I'm not sure who I'm supposed to be rooting for.

Reply     **2 replies** · *active 14 weeks ago*

 [**irregularJuan**](#) 96p · *14 weeks ago*      +5

I think the pink cup should had instead
"Come At Me Bro!!"

Reply

 **docterry6973**   112p   · _14 weeks ago_       +7

Ever notice that right-wingers say whacky stuff?

Reply     **1 reply** · _active 14 weeks ago_

 **smashedinhat**   101p   · _14 weeks ago_       +4

If the Wonkette gets sued just write a post dated check in Euros on a Cypriot account. It'll bounce so high even Mann Coulter couldn't get her hands on it.

Reply

 **Lowkey3888**   96p   · _14 weeks ago_       +4

I have just clicked the clicky and read the original post (YOU'RE WELCOME), which included a picture of Klayman. Question: is it just me, or does Klayman look like an evil, rapey Dave Thomas?

Reply     **1 reply** · _active 14 weeks ago_

 **mavenmaven**   121p   · _14 weeks ago_       +8

technically he is suing the entire world, in the name of little people apparently: 'the time has come for we Americans to rise up and use the God-given rights left to us by our founders'. http://www.citizensgrandjury.com/120420-klayman.p...
i'm not sure what grievance the wee americans have, or how the founders leave god given rights, but consider yourselves sued in some way.

Reply     **5 replies** · _active 14 weeks ago_

 **weejee**   130p   · _14 weeks ago_       +7

Took a serious Klayman this morning, passing a 4" brick out my little 1" bung.

Reply

 **Tommy1734**   98p   · _14 weeks ago_       +8

Oh Wokette - don't feel bad. I think you are all pretty enough and young enough and malicious enough to be sued. If it will make you feel better I'll hire a lawyer (Orly natch) and sue your pants off. Or whatever it takes to get them off.

Reply     **1 reply** · _active 14 weeks ago_

+5

 **johnnyzhivago** 123p · *14 weeks ago*

OT - I just sent this to the TIPS line, but it is pretty hilarious:
http://livewire.talkingpointsmemo.com/entry/tenn-...

Reply    **2 replies** · *active 14 weeks ago*

 **JohnQFugly** 57p · *14 weeks ago*     +3

Thought you'd never sue me til I got a fat city address...

Reply

 **not that Dewey** 131p · *14 weeks ago*     +7

That's so cute that he thinks that there is anything "ultra-leftist" in the United States. Even the goddamn Right SRs were far more leftist than anything we have today.

Reply

 **GoodDogThor** 84p · *14 weeks ago*     +6

Klayman -> Gayman. Larry's lashing out due to elementary school trauma from his 'pick on me' last name...

Reply

 **MilwaukeeKent** 102p · *14 weeks ago*     +9

Just one thing, Wonkette, just one damned thing: IF Larry Klayfeet (or any other far-right bozo) does sue you, ever, Make Them Own It (NOT Wonkette), make them bathe, in public, in the foul stink of their own fetid imaginations, really.

Reply

 **Lizzietish81** 120p · *14 weeks ago*     +6

Ok, I have an idea. Get some hot young guy to seduce him and get it all on film.

Exclusive! Wonkette Catches anti gay advocate in bed with strapping young man! ONLY HERE!

Then he'll be suing you.

Reply    **1 reply** · *active 14 weeks ago*

 **MeSoHornish** 113p · *14 weeks ago*     +9

World class buffoon Larry Klayman has lots of gay friends. Honest.

He said, "I love my sad and tragic gay friends despite their miserable lives."

How terribly convincing.

Reply

 [LibrarianX](#)   103p   · *14 weeks ago*      +5

Run this: Larry Klayman is shagging Pat Robertson during special "prayer sessions."

Reply

 [Biel_ze_Bubba](#)   131p   · *14 weeks ago*      +7

If Le Wonquette, in quoting the ruling of an Appeals Court Judge, is guilty of libel, Klayman is going to have to sue the judge who wrote the ruling. Good luck with that, man-who-pleads-the-Fifth-when-asked-if-he-molests-his-kids.

It seems that the GOP is more than just the "Party of Stupid" -- it's the Party of Psychopaths. It's a wonder they get any votes at all.

Reply

 [Monsieur_Grumpe](#)   124p   · *14 weeks ago*      +7

Maybe Wonkette could get sued if they throw in some bestiality accusations unless of course, they are true and probably are, so…

Reply

 [glesslib](#)   78p   · *14 weeks ago*      +5

Wonkette, please help me wrap my frail little brain around how he can sue anyone, if these are public court records that were excerpted by news publications. Would he have any expectation of privacy in such a case? Is he so rich that he has unlimited funds to sue everyone? Is his lawyer just willing to sue anyone on earth as long as there is a few attached? Or is he just some blockhead who is going to show us all?

Reply     **2 replies** · *active 14 weeks ago*

 [Humorously_Joe](#)   123p   · *14 weeks ago*      +2

Last time I checked, being lefty isn't in and of itself a tortuous offense, as much as Larry Klayman seems to believe/wish it was.

Reply

 [James Michael Curley](#) **117p** · *14 weeks ago*                                    **+6**

There are so many lawyers and bar members on Wonkette we need a liquor license.
There are so many liars on Wonkette oral arguments in court are fierce.

Believe me, never find yourself in an oral argument with a drunken lawyer.

Reply

 [sullivanst](#) **123p** · *14 weeks ago*                                              **+2**

So, Larry's complaint is in itself probably closer to actionable libel than the articles it's complaining about? Of course, it's still a million miles from actionable libel, because his complaint is entirely obviously completely without the remotest semblance of having a chance of success. Hey dude, *New York Times Co. vs Sullivan* - read it and weep, asshole.

Reply

 [DahBoner](#) **122p** · *14 weeks ago*                                               **+2**

You would think the best bait for a RAT is CHEESE, right?

But no. They will literally break their necks to get some PEA NUT BUTT-ER...

Reply

 [An_Outhouse](#) **112p** · *14 weeks ago*                                            **+3**

Larry Klayman is confused. We're pro illegal gays and and radical immigrants.

Reply

 [LibertyLover](#) **110p** · *14 weeks ago*                                            **+1**

Page views. How do they work again?

Click [here](#) to find out.

Reply

 [sam edwards](#) **97p** · *14 weeks ago*                                              **+1**

Awwww, I'm sorry Wonkette. I can try and sue you in small claims court if it will make you feel better. I dunno what for... maybe for all the work I'm supposed to be doing while I'm reading your blog? Will that help?

Reply

 [StinkingWaterRat](#)   102p   · *14 weeks ago*      +3

Did you know that in James Dobson's book on parenting, he recommends fathers exposing themselves to their little kids to show them who the alpha male is? True story. because there's not any predilection to pederasty in the American church at all.

Reply

 [chascates](#)   123p   · *14 weeks ago*      +1

Donald Trump sues people. We Wonketters say he wears a wig to cover the large 666 on the top of his head. Sue us you Antichrist or remove your rug!!!!

Reply

 [FFS Buddha](#)   125p   · *14 weeks ago*      +1

Not malicious enough to be sued?

Scotty...we.need.more.malice!

Capt'n...I dinna tink tae engines weel tek much more o dis.

Reply

 [Negropolis](#)   145p   · *13 weeks ago*      +1

You guys, it would totally be irresponsible not to speculate that Larry Klayman may have touched his children in his bathing suit areas.

Did anyone else hear that Larry Klayman may have touched his children in their bathing suit areas?

Reply

 [ttommyunger](#)   133p   · *13 weeks ago*      +1

Larry Klayman. The less said (and thought) about this insignificant little turd, the better.

Reply

 [laserhaas](#)   -31p   · *4 weeks ago*      +1

The thingy is - you sue for defamation, you have to prove it.

That also means, Larry gets put under the microscope.

Reply

1 [2](#) [Next »](#)

---

Previous post: [Bryan Fischer Just Can't Stop Thinking About Gays Having All The Gay Sex, Because Gay Sex Is So Gay And Wrong (Also Gay)](#)

Next post: [Worst Hero EMT Ever Refuses To Unleash Her Ta-Tas For Gravely Wounded Soldier](#)

- **Wonkette Bazaar**





- **tips@wonkette.com hotline**



- **We Love You You Pay Our Rent**

You asked for a recurring donation?

Here, Editrix, have a dollar! $1 - monthly

-

- **Amazon**

- ## Around the Web

### From The Web

by Taboola



**5 Celebrity Wardrobe Malfunctions That Made Us Gasp**
**CafeMom**



**Storage Wars: New York -- First Full Episode!**
**AETV**



**Billionaire Tells Americans to Prepare For "Financial Ruin"**
**Moneynews**



**1 Weird Fat Loss Secret To Melt Belly Fat Fast**
**Real Dose**

- ## Now Entering Wonkville

- HOT LINKS
- HOT
- NEWEST
- SUBMIT A LINK

- 1.
  34

## Wonkville Music-O-Ra Reed

2 days ago by Allegedly Smokey

44 Comments

from youtube.com
- 2.
  24

## As Pay Cards Replace Bank Fees Hurt Worke

- **Old News**
  - Rick Perry Summons Menfolk Back To Finish The Job On Ladies' Health
  - Your Handy Wonkette Guide To How You Should Feel About Edward Snowden
  - Sarah Palin Stars In Quitting Part Two: The Quittening
  - Wingnut Matt Barber Vows He Will Not Get Gay Married, Even If It Means Death Camps And Jail
  - You Fools! You Will Not Love Your Precious Wendy Davis Anymore Once You Find Out Her Terrible Secret!
  - Here, White Racists, We Found Some Black Racists For You
  - Peggy Noonan Does Not Care For Your Babby-Murdering, Young Lady
  - Ohio Congresslady Wants The Nanny State Up In Your Boner

- **Organize**



**Urge Congress to Pass the Paycheck Fairness Act!**

**author:** LiveYourDream.org
**signatures:** 12,331

sign petition

start a petition | grab this widget

- # Look a Newsletter!



Add your email below. We don't sell these, because that would suck.

First name

Email

Subscribe!

- 
- Advertising Email
  Terms and Conditions
  Privacy Policy

Wonkette is Hosted by Cadre Web Hosting



Wonkette Media LLC
©2003-2013 All Rights Reserved





This torrent contains the books and audio on the NWO [New World Order] collection up to Sept, 6 2013:

Antimatrix collection torrent, Volumes 1-5
http://antimatrix.org/Convert/torrents/NWO_ZioNazi_Illuminati_Se

# Larry Klayman, founder of radical rigjhtwing "Judicial Watch," who constantly sued Bill Clinton, charged with doing you-know-what to his children

Why are all rightwingnutjobs pedophiles???

-- quote

http://wonkette.com/485407/judicial-watch-founderclinton-nemesis-larry-klayman-might-have-touched-his-children-in-their-swimsuit-areas

Well this is gross and awful. Larry Klayman, who made his bones with Judicial Watch, which was constantly suing Bill Clinton every time he sneezed (with his penis), and who most recently has been writing for WND and representing totally rad heavy metal children?s entertainer Bradlee Dean, may have sexually abused his own children! Ha? Ha? Hilarious?

Specifically, Larry Klayman was appealing a Cuyahoga County court order regarding visitation and his wife?s attorney?s fees, and the court found that previous magistrates had not been in error when they took away his visitation rights and awarded his ex-wife a shitload of money.

From BradleeDeanInfo, via CityPages:

From Appeals Court Judge Mary Boyle, July 26,2012 [PDF]

{?25} The issues raised by Klayman involve credibility assessments made by the magistrate. Klayman challenges these findings. The magistrate heard evidence from the children?s pediatrician who reported allegations of sexual abuse to children services, and from a social worker at children services who found that sexual abuse was ?indicated.? Although the social worker?s finding was later changed to ?unsubstantiated? when Klayman appealed, the magistrate explained that the supervisor who changed the social worker?s finding did not testify. The magistrate pointed out that he was obligated to make his own independent analysis based upon the parties and the evidence before him. In doing so, the magistrate found on more than one occasion [Klayman] act[ed] in a grossly inappropriate manner with the children. His conduct may not have been sexual in the sense that he intended to or did derive any sexual pleasure from it or that he intended his children would. That, however, does not mean that he did not engage in those acts or that his behavior was proper.

{?26} The magistrate further found it significant that although Klayman denied any allegations of sexual abuse, he never denied that he did not engage in inappropriate behavior with the children. The magistrate further found it notable that Klayman, ?for all his breast beating about his innocence * * * [he] scrupulously avoided being questioned by anyone from [children services] or from the Sheriff?s Department about the allegations,? and that he refused to answer any questions, repeatedly invoking his Fifth Amendment rights, about whether he inappropriately touched the children. ?Even more disturbing? to the magistrate was the fact that Klayman would not even answer the simple question regarding what he thought inappropriate touching was. The magistrate stated that he could draw an adverse inference from Klayman?s decision not to testify to these matters because it was a civil proceeding, not criminal.

This does not mean Larry Klayman is guilty. (Because we are liberals.) There are lots of reasons a man might have touched his children, on the real, and we are not privy to the testimony. Also, if anyone is going to constantly invoke the Fifth Amendment when he has the opportunity to clear his name, it is Larry Klayman, because he is a crazy person. It just means fucking ew.

end quote

***************

Women may come, and,
Women may go.

But a dog and a truck
Will stay with you
Forever.

Generated by PreciseInfo ™

"It is not unnaturally claimed by Western Jews that Russian Jewry,
as a whole, is most bitterly opposed to Bolshevism. Now although
there is a great measure of truth in this claim, since the prominent
Bolsheviks, who are preponderantly Jewish, do not belong to the
orthodox Jewish Church, it is yet possible, without laying ones self
open to the charge of antisemitism, to point to the obvious fact that
Jewry, as a whole, has, consciously or unconsciously, worked
for and promoted an international economic, material despotism
which, with Puritanism as an ally, has tended in an everincreasing
degree to crush national and spiritual values out of existence
and substitute the ugly and deadening machinery of finance and
factory.

It is also a fact that Jewry, as a whole, strove with every nerve
to secure, and heartily approved of, the overthrow of the Russian
monarchy, WHICH THEY REGARDED AS THE MOST FORMIDABLE
OBSTACLE IN
THE PATH OF THEIR AMBITIONS and business pursuits.

All this may be admitted, as well as the plea that, individually
or collectively, most Jews may heartily detest the Bolshevik regime,
yet it is still true that the whole weight of Jewry was in the
revolutionary scales against the Czar's government.

It is true their apostate brethren, who are now riding in the seat
of power, may have exceeded their orders; that is disconcerting,
but it does not alter the fact.

It may be that the Jews, often the victims of their own idealism, have always been instrumental in bringing about the events they most heartily disapprove of; that perhaps is the curse of the Wandering Jew."

(W.G. Pitt River, The World Significance of the Russian Revolution, p. 39, Blackwell, Oxford, 1921;

The Secret Powers Behind Revolution, by Vicomte Leon De Poncins, pp. 134-135)

**Saturday**, September 28th

- About Us
- Contact Us
- Creative Commons License



- 

  Follow us

- 

  Become a fan

search...  Go

- Home
- News
- Important Information
- Discredited Myths
- Historical Information
- Political Humor

## Birther Lawyer Still Calling For Armed Revolution Against 'Mullah-In-Chief'

Author: Nathaniel Downes September 19, 2013 3:01 pm

 2   Tweet 10   Share 370   Like 386



Larry Klayman's newest piece, titled "Obama, come out with your hands up' reveals how paranoid and delusional he is, as he he calls for out and out treason. The above birther photo-meme has been circulating the Internet.

Just when you think the Birther movement is dead, it rears its ugly head, clinging to even more extreme ideas than before. Larry Klayman of the very misnamed FreedomWatch, has released a piece titled "Obama, come out with your hands up" where he calls for armed insurrection and to send Obama to '72 Virgins' (a

reference to the common misperception that dutiful Muslims will be rewarded with 72 virgins upon their death). In other words, Mr. Klayman is calling for a mob to lynch the president, because his earlier calls for an armed insurrection failed miserably.

His call is for this lynch mob to rally at a date "before Thanksgiving" to chant, "Mr. President (to use the term loosely), put the Quran down, get up off your knees and come out with your hands up!" To Mr. Klayman, it is a grand conspiracy of epic proportions. he rails against everyone, claiming every judge in the country is against him except for a few, he names Justice Royce Lamberth, and that the law is on his side. Truth is, Justice Lamberth already rejected the Birther claims, shooting his argument in the foot. Even his claimed "right judge" has destroyed his basic argument.

He, along with other insane birthers do not comprehend that the reason why their court claims have been thrown out is that they have no merit. They are so convinced that this is some widespread conspiracy that they are completely unable to grasp reality. But, to defend themselves against what Mr. Klayman calls the "mullah-in-chief" the birthers have resorted to out and out treason, and attempted to form a shadow government.

One of Mr. Klayman's acts was to set up what he calls a "Citizens Grand Jury," claiming that these juries have authority and power. In fact, the only person who can call for a citizens grand jury are judges of the correct court level. For Mr. Klayman to have called for a citizens grand jury, he would have needed a sign-off by the United States Supreme Court. He has not gotten such a sign-off, so his jury is completely fraudulent. It did draw headlines last year for claiming to have indicted the president.

This effort, part of the larger Sovereign Citizens domestic terrorist network seeks nothing short of the destruction of the US Constitution, the deposing of democracy, and the imposition of dictatorship. They hate the rule of law, they want the imposition of rules, rules they set. They wrap themselves in the American flag while they seek to destroy the United States. They are traitors to the founding fathers, traitors to America itself, engaging in Stochastic Terrorism to bring down the country which has given so much to them.

For a reminder, the definition of Stochastic Terrorism:

> The use of mass communications or social media to incite individuals not directly tied to the source to carry out violent or terrorist acts that are statistically predictable but individually unpredictable.

Larry Klayman does not need to tell his followers "go and kill President Obama." He just needs to implant the idea, by referencing common framework. The president is not "The President" he is the "Mullah-In-Chief." Instead of impeachment, he calls to send President Obama to "72 Virgins." And he just has to wait for the seed he plants to blossom, all while claiming innocence over the results of his actions.

Of course, Larry Klayman fails to mention the times he sexually abused his children or how he damaged his former employer and held an affair with a staffer at his office. His numerous frivolous lawsuits were dismissed. Of course, that was the judges at fault, not Mr. Klayman, right? It was his former employer's fault, his children's fault. Everybody's fault but his own.

And it extends beyond himself. Fertilizer plant explosion? To Mr. Klayman, its not the result of unsafe conditions and lack of regulations, but it has to be Muslims. Arizona Sheriff breaking the law? No, its those darn brown people at fault. US Drone shot down by Iran? Nope, it was a gift.

Larry Klayman is a worm of a human being, seeking to destroy the United States rather than face the reality of his own failings. He failed as a husband, a father, a lawyer, and to be a decent human being. Now he would rather burn down the United States than face the truth, that he is wrong.

---

## RECOMMENDED ARTICLES

 Conservative Candidate Posts 'Shoot The N****r' Photo Of President Obama On Facebook (IMAGE & VIDEO)

 Tea Party Supporter Has Set A Date For The Armed Overthrow Of The Government

 Syrian Military Engagement: Will History Repeat Itself? (VIDEO)

---



If you think this article is important, share it:

Like | 386     submt     Tweet | 10     Share | 2     Share     Digg
3     Print   Email

 Author: Nathaniel Downes Nathaniel Downes is the son of a former state representative of New Hampshire, now living in Seattle Washington. Feel free to follow Nathaniel Downes on Facebook.

## facebook comments:

Like   386 people like this. Sign Up to see what your friends like.


Add a comment…

Comment using…


**Mark Linkiewicz** · Top Commenter

Why isn't the Secret Service visiting this twerp? He's inciting others to commit violence and fomenting insurrection. Apparently he doesn't realize there are sizable numbers of people -- especially in the gun-ridden south -- who have been riding the ragged edge of sanity since the president was elected, and only need a small push to do something stupid. I am all for free speech, and the birthers can rant all they like about our "Mullah-in-Chief," but this sort of thing should get him time in a federal prison.

Reply · 8 · Like · September 19 at 1:11pm


**Liam Gormley** · Top Commenter · National University of Ireland, Maynooth

It would probably make him feel quite good about himself to have his door kicked down one morning, but the only reason I can think of for him not being arrested after doing all that is that no one thinks he's a real threat. Granted, he might be able to get one or two people to follow him in some illegal venture, but elaborate assassination plots devised by mad people are rarely that successful. He must spend every day waiting for the feds to arrive (and probably anticipates it with glee) but really the sad little bastard's just beneath notice. He's funny though.

Reply · 1 · Like · September 21 at 5:25pm


**Peter Kasenenko** · Legal Secretary at Orrick, Herrington & Sutcliffe

Whackadoodle much. Shouldn't he be on some sort of medication for psychotics?

Reply · 4 · Like · September 19 at 3:16pm


**Craig's Garage** · Top Commenter · Owner at Gerlach Entities LLC

I thought it only took 3 concerned adults to have someone committed? I am certain we could get 3 million if that would get him the help he needs…

Reply · 1 · Like · Yesterday at 12:32am


**Oak Cliff Townie** · Top Commenter

Okay so the guy is dangerous …..He seems to get by with using words that should have him sitting mildly sedated in a day room of some kind of facility ? And he isn't ? I wonder who he works for ?

Reply · 1 · Like · September 20 at 7:43am


**Tom Shefchik** · Top Commenter · San Jose, California

I could tell that guy was unhinged when he was on the TeeVee back in the '90s. He needs to be picked up by the Feds now. They need be interrogated and they need to make sure he has no firearms or other weapons.

Reply · 1 · Like · September 19 at 12:11pm


**Susan Kocian** · Top Commenter

If he has guns, they need to be taken away. Looney Tunes…

Reply · Like · Yesterday at 3:29pm


**James Emory Bridges** · Top Commenter · Letter Carrier at US Postal Service

I expect that the Secret Service keeps tabs on him, as they do with hundreds, if not thousands, of other nutcases who might be a problem.

Reply · Like · September 26 at 6:37pm


**Dale Watkins** · Top Commenter · California State University, Long Beach

Let's make a martyr out of Mr. Klayman.

Reply · Like · September 26 at 4:35pm


**Denise Goldmann** · Goleta, California

sicko…

Reply · Like · September 27 at 11:58am

Facebook social plugin

**3 Comments**



- *vfeinstein*
[September 28, 2013](#)
[12:23 pm](#)

Curious as to how many real 'murkin patriots show up to his clown show. And, I'm sure the FBI knows this moron's next move before he does.

[Log in to Reply](#)



- *LumineHall*
[September 21, 2013](#)
[10:22 pm](#)

More like Mr. Klansman, amirite?

[Log in to Reply](#)



- *Moongrim*
[September 19, 2013](#)
[7:49 pm](#)

the effects of Reagan's closing of mental institutions continues to this day.

[Log in to Reply](#)

## Leave a Reply

You must be [logged in](#) to post a comment.

## Join us on facebook.

Find us on Facebook

**Addicting Info**
Like    178,406

## popular articles

   [Racist's Hope For Whites-Only Town Goes To Shit When Septic System Fails](#)

   [Everything Wrong With America In One Simple Image (INFOGRAPHIC)](#)

   [Fifteen Differences Between Democrats And Republicans](#)

   [This Man Has A Drunk Woman On His Sofa: Watch What Happens Next (VIDEO)](#)

   [The Shocking Truth About How Much Teachers Actually Get Paid](#)

   [Red States Are The Real Welfare States](#)

   [Kansas Christians Sue To Stop Science In Schools](#)

[Tea Party Supporter Has Set A Date For The Armed Overthrow Of The Government](#)

 [Welfare Recipients Are Actually Mostly White And Less Likely Than The Average American To Use Drugs](#)

 [NRA Lobbyist Stirs Outrage After Shooting And Killing Elephant For Sport On Television (VIDEO)](#)

## Important Information

 [17 Ways The GOP's Debt Ceiling Bill Will Destroy America](#)

 [Hypocrisy Of War Over Chemical Weapon Use (VIDEO)](#)

 [5 Reasons Why We Love Labor Unions And Need Them More Than Ever](#)

 [8 Excellent Reasons For Free Breakfasts In Our Schools (VIDEO)](#)

 [Understanding The History And Purpose Of Fox News](#)

 [15 Things Everyone Would Know If There Were A Liberal Media](#)

 [Top Eight Reasons Liberals Should Hate Walmart](#)

 [Top Eight Reasons Conservatives Should Hate Walmart](#)

 [The Muslim Test: How To Expose The Hypocrisy Of The Religious Right](#)

 [12 Ridiculous Anti-Woman Myths From The Dark Ages That Conservatives STILL Believe](#)

*[Read more](#)*

## Historical Info

 [5 Reasons Why We Love Labor Unions And Need Them More Than Ever](#)

 [You Won't Believe What The Traditional Meaning Of 'Republican Marriage' Really Is](#)

 [Top Ten Most Idiotic Conservative Quotes](#)

 [Thomas Jefferson's Top Ten Quotes On Religious Freedom](#)

 [12 Historic American Events That Happened On The 4th Of July](#)

[Did You Know A Woman's Right To Vote Was Sparked By Two Brave Women On July 4, 1876?](#)



 [Top Ten Thomas Jefferson Quotes On Religious Freedom](#)

 [Irrefutable Proof That The GOP Doesn't Care About Helping The American People](#)

 [50 Liberal Quotes Which Americans Should Remember](#)

 [What The Founding Fathers Thought About Corporations](#)

*Read more*

## Political Humor

 [The Muslim Test: How To Expose The Hypocrisy Of The Religious Right](#)

 [The Complete Idiot's Guide To Speaking Republican (HUMOR)](#)

 [45 Quotes To Use When Describing Conservatives And Republicans To Your Friends](#)

 [Top Ten Most Idiotic Conservative Quotes](#)

 [These Two Anti-Abortion Protesters Should NOT Have Harassed This Man's Wife (VIDEO)](#)

 [Ten Questions For Ken Cuccinelli About Adultery Laws (HUMOR)](#)

 [KKK Member Built Mobile Death Ray, Planned On Using It On Gov. Cuomo](#)

 [Republican Jesus ™](#)

 [Awesome Cheerios Ad Parody Sticks It To The Haters, Should Be On TV (VIDEO)](#)

 [Republican Geography 101](#)

*Read more*

**search:**

search... [Go]

© Copyright 2013 — . All Rights Reserved Designed by WPZOOM

[X](#)

**Click "Like" to get the latest updates**

Like   Send   178,406 people like this. Sign Up to see what your friends like.



Home > Crime > Topic
Welcome! » Log In » Create A New Profile

# Bradlee Dean's attorney, Larry Klayman, allegedly sexually abused his own children

| | Admin |
|---|---|
| Xiphias<br>September 28, 2012 05:28PM | Registered: 2 years ago<br>Posts: 20,777 |

0 0

[blogs.citypages.com]



Quote

Bradlee Dean has long linked homosexuality and child sexual abuse. For instance, in a blog post from June about Larry Brinken's child porn arrest, Dean wrote, "The news about Brinken's horrific child-pornography crimes followed the conclusion of 'Pride Week,' yet again puling off the mask of the radical homosexual agenda to expose who they are, what they are and who their target really is, showing who is truly under attack."

Well this week brought some uncomfortable news for the tracksuit-wearing homophobic preacher -- his notorious lawyer, the presumably straight Larry Klayman, has allegedly sexually abused his own children.

(Posted to the front page on 2012-09-28 17:28:57)

| Subject | Author | Posted |
|---|---|---|
| **Bradlee Dean's attorney, Larry Klayman, allegedly sexually abused his own children** | Xiphias | September 28, 2012 05:28PM |

Sorry, only registered users may post in this forum.

Click here to login

This forum is powered by Phorum.