Minneapolis City Pages    Voice Places    More From Voice Nation    Join    Sign In

# CITYPAGES

## Blogs

NEWS | CALENDAR | MUSIC | RESTAURANTS | ARTS | FILM | BEST OF | PROMOTIONS | CLASSIFIEDS | Search

MINNEAPOLIS NEWS | LOCAL NEWS BLOG | ASK A MEXICAN | ARCHIVES SEARCH | WEEKLY NEWSLETTER | GET MOBILE



**TOP BLOG STORIES**


**Off-duty cops want to pack heat at Vikes games**
By Aaron Rupar


*Timelapse shows growth of TC since '84*
By Aaron Rupar


**U of M to students: Avoid offensive costumes**
By Olivia LaVecchia

### Bradlee Dean

# Bradlee Dean's attorney, Larry Klayman, allegedly sexually abused his own children

By Aaron Rupar Fri., Sep. 28 2012 at 11:10 AM    6 Comments
**Categories:** Bradlee Dean

Like 52 | Send | Tweet 66 | Stun | 0 | 2



*Dean's lawyer, Larry Klayman (left), allegedly sexually abused his own kids. To the best of our knowledge, he's not gay.*

Bradlee Dean has long linked homosexuality and child sexual abuse. For instance, in a blog post from June about Larry Brinken's child porn arrest, Dean wrote, "The news about Brinken's horrific child-pornography crimes followed the conclusion of 'Pride Week,' yet again puling off the mask of the radical homosexual agenda to expose who they are, what they are and who their target really is, showing who is truly under attack."

**SEE ALSO:**
*-- Bradlee Dean's troupe to Iowa public school: Homosexual lifestyle 'literally kills' gays [VIDEO]*
*-- In St. Cloud, Bradlee Dean speaks to more protesters than supporters*

Well this week brought some uncomfortable news for the tracksuit-wearing homophobic preacher -- his notorious lawyer, the presumably straight Larry Klayman, has allegedly sexually abused his own children.

A court recently ordered Klayman to pay his ex-wife $325,000 in attorney fees. Klayman appealed, but a judge tossed it out. What's interesting, however, are a couple nuggets

**Hottest Conversations**


**Off-duty cops want to pack heat at Vikes games**
70 Comments


**Cops writing tickets for sidewalk bikers**
32 Comments

**Conservatives decry teacher's political remark**
23 Comments

**In Case You Missed It**

  

Michele Bachmann says she's heard from people who confused her for Miley Cyrus | St. Paul man's letter to cop: "If I could have put some lead in your skull, trust me, I would have" | Fargo man wants Sam Ponder to do something really gross to him [PHOTO]

Recommended by

**From the Vault**



buried in the judge's ruling (via Ken Avidor -- emphasis his):

{¶23} In his third assignment of error, Klayman argues that the magistrate's finding that he engaged in inappropriate touching of his child was against the manifest weight of the evidence.

{¶24} A judgment supported by some competent, credible evidence will not be reversed by a reviewing court as against the manifest weight of the evidence. C.E. Morris Co. v. Foley Constr. Co., 54 Ohio St.2d 279, 376 N.E.2d 578 (1978). A reviewing court must not substitute its judgment for that of the trial court where there exists some competent and credible evidence supporting the judgment rendered by the trial court. Myers v. Garson, 66 Ohio St.3d 610, 614 N.E.2d 742 (1993). Where the decision in a case turns upon credibility of testimony, and where there exists competent and credible evidence supporting the findings and conclusions of the trial court, deference to such findings and conclusions must be given by the reviewing court. See Seasons Coal Co. v. Cleveland, 10 Ohio St.3d 77, 80, 461 N.E.2d 1273 (1984); Cohen v. Lamko, Inc., 10 Ohio St.3d 167, 462 N.E.2d 407 (1984).

{¶25} The issues raised by Klayman involve credibility assessments made by the magistrate. Klayman challenges these findings. **The magistrate heard evidence from the children's pediatrician who reported allegations of sexual abuse to children services, and from a social worker at children services who found that sexual abuse was "indicated."** Although the social worker's finding was later changed to "unsubstantiated" when Klayman appealed, the magistrate explained that the supervisor who changed the social worker's finding did not testify. The magistrate pointed out that he was obligated to make his own independent analysis based upon the parties and the evidence before him. In doing so, the magistrate found on more than one occasion [Klayman] act[ed] in a grossly inappropriate manner with the children. His conduct may not have been sexual in the sense that he intended to or did derive any sexual pleasure from it or that he intended his children would. That, however, does not mean that he did not engage in those acts or that his behavior was proper.

{¶26} The magistrate further found it significant that although Klayman denied any allegations of sexual abuse, he never denied that he did not engage in inappropriate behavior with the children. The magistrate further found it notable that Klayman, "for all his breast beating about his innocence * * * [he] scrupulously avoided being questioned by anyone from [children services] or from the Sheriff's Department about the allegations," and that he refused to answer any questions, **repeatedly invoking his Fifth Amendment rights, about whether he inappropriately touched the children**. "Even more disturbing" to the magistrate was the fact that Klayman would not even answer the simple question regarding what he thought inappropriate touching was. The magistrate stated that he could draw an adverse inference from Klayman's decision not to testify to these matters because it was a civil proceeding, not criminal.

{¶27} After reviewing the record, **we find no abuse of discretion on the part of the trial court in overruling Klayman's objections regarding the magistrate's finding that Klayman inappropriately touched the children**.

Turns out, gays aren't the only ones capable of disturbing, criminal sexual behavior -- apparently even conservative straight guys tight with Bradlee Dean can turn out to be total creeps.

If Dean distances himself from Klayman in light of these allegations, who will help him figure out how to reimburse Rachel Maddow and the now-defunct Minnesota Independent the nearly $25,000 in attorney's fees he owes them?



City Pages Minneapolis

Like

28,781 people like City Pages Minneapolis.



Facebook social plugin

**Slideshows**



Nico's Taco and Tequila Bar: The Tour



Deltron 3030 at First Avenue, 10/20/13

Fuzz at the Cave, 10/19/13

More Slideshows >>

**GET THE WEEKLY NEWSLETTER**

Our weekly feature stories, movie reviews, calendar picks and more - minus the newsprint and sent directly to your inbox.

enter email

**Tags:** homophobia, Larry Klayman

Email to Friend    Write to Editor    Print Article                    submit

## We Recommend

**Adrian Peterson fathered another secret child with server at Seven, TMZ reports [UPDATE]**
*(City Pages - The Blotter)*

**Joey Patterson, man accused of beating AP's child, says his son is "my life" [UPDATE]**
*(City Pages - The Blotter)*

**Fox 9 reporter live tweets his drunken Saturday night**
*(City Pages - The Blotter)*

Recommended by

**6 comments**

**Sign in** or **Create Account**                         2 people listening

+ Follow                                                   Post comment as...

**Newest** | Oldest | Top Comments

**nearboston**                                              4 days ago

In FACT the Cleveland Department of Children and Families and the local district attorney had investigated these false charges by Klayman's ex-wife and found that no such thing had occurred. Moreover, Klayman had voluntarily taken a polygraph test and passed, while his ex-wife refused to. The false charges are alleged to have conveniently been made by Klayman's ex-wife only after Klayman had filed a custody petition.

Like    Reply

**fierylocks1**                                             Oct 1, 2012

Add him to the ever growing list...

http://www.dkosopedia.com/wiki/Examples_of_Republican_hypocrisy_on_moral_values

1  Like   Reply

**womanphoenix**                                            Sep 30, 2012

Let's see:  We've got a pediatrician and at least one person from child services saying he did it.  He refuses to answer any questions -- even when asked to define "inappropriate" touching.

Yeah, this is coming out during divorce proceedings.  Doesn't mean it's true or untrue.

Like Reply

**swmnguy** Sep 30, 2012

Larry Klayman has a sordid history, and Bradlee Dean is beneath contempt. However, let's not forget the ongoing Todd Hoffner fiasco in Mankato. The sexual abuse of children is so despicable it has an ugly tendency to be alleged, without significant corroboration, in divorce proceedings. A proper legal defense is nearly impossible, and even disputing allegations tends to be held against the one accused.

Klayman and Dean are despicable. But we should be careful assuming there's anything to these allegations.

1 Like Reply

**mark.gisleson** Sep 28, 2012

Isn't it funny how the pedophiles always find a home with some organization that hates gays? I wonder if Klayman's done legal work for the Catholic church?

2 Like Reply

**JPRennquist** @JPRennquist from Twitter 28 Sep

@panopticon13 @KenAvidor Has Dean blamed the gays yet?

Like Reply

Powered by Livefyre

## RELATED CONTENT

**Larry Klayman**
**Bradlee Dean**
**St. Cloud**
**Social Work**
**Sexual Offenses**

**ABOUT US** | **LOCAL** | **MOBILE** | **RSS** | **E-EDITION** | **SITE MAP** | **ADVERTISING**

**MY ACCOUNT**
LOG IN
JOIN

**CONNECT**
FACEBOOK
TWITTER
NEWSLETTERS
THINGS TO DO APP

**ADVERTISING**
CONTACT US
NATIONAL
CLASSIFIED
INFOGRAPHICS

**COMPANY**
PRIVACY POLICY
TERMS OF USE
SITE PROBLEMS?
CAREERS

©2013 City Pages, LLC, All rights reserved.

