# Klayman Law Firm

2775 NW 49th Ave, Suite 205-345 Ocala, FL 34483 ⊗ Telephone: (310) 595-0800 ⊗ leklayman@gmail.com

November 26, 2013

Via Fax and U.S. Mail

Ken Avidor
401 N. 3rd St. Suite 550,
Minneapolis, MN 55401

Aaron Rupar
401 N. 3rd St. Suite 550,
Minneapolis, MN 55401

Notice Pursuant to
§ 770.02, Florida Statutes (2012)

City Pages
401 N. 3rd St. Suite 550,
Minneapolis, MN 55401

Phoenix New Times
1201 E. Jefferson,
Phoenix, AZ 85034

Mathew Hendley,
1201 E. Jefferson,
Phoenix, AZ 85034

Voice Media Group
969 Broadway,
Denver, CO 80203

Re: Defamation of Larry Klayman.

Dear "Gentlemen:"

This is to put you on notice, pursuant to § 770.02, Florida Statutes (2012), that you have published statements concerning me which constitute defamation and defamation by inference (hereafter "defamatory statements"). These defamatory statements arise from an article published and disseminated nationwide and internationally entitled "Bradlee Dean's Attorney, Larry Klayman, Allegedly Sexually Abused His Own Children," in the September 28, 2012 edition of City Pages. Since then these defamatory statements have been republished on a number of websites, blogs, other internet postings and print articles. Recently, the Phoenix New Times linked and incorporated this article in another defamatory publication of February 22, 2013, entitled "Birther Lawyer Fighting Joe Arpaio Recall Was Found to Have 'Inappropriately Touched' Kids" and also published the defamatory statements nationwide and internationally. Finally, in the June 18, 2013 edition of the Phoenix New Times, entitled "Larry Klayman Under

City Pages & Phoenix New Times
November 26, 2013
Page 2

Investigation by Arizona Bar," I was further defamed and injured in my personal and professional capacity.

The defamatory statements of the September 28, 2012 article represent and/or give the false inference that I committed and was convicted of the crime of child sexual abuse. In the original City Pages publication, which remains on the internet and the outlet's website, authors Aaron Ruper and Ken Avidor write and represent specifically: "Turns out, gays aren't the only ones capable of disturbing criminal sexual behavior – apparently even conservative straight guys tight with Bradlee Dean (Larry Klayman) turn out to be total creeps."

In the article of February 22, 2013, the defamatory statements once again falsely infer that I "inappropriately touched" children, despite the lack of any evidence that I had committed these acts. As the record indicates, I was cleared of all allegations by the Cleveland Department of Children and Families and the Cuyahoga County Sheriff and the District Attorney.

Further defamatory statements arose from an article published and disseminated nationwide and internationally entitled "Larry Klayman Under Investigation by Arizona Bar," in the June 18, 2013 edition of the Phoenix New Times. Since then these defamatory statements have been republished on a number of websites, blogs, other internet postings and print articles.

The defamatory statements represent and/or give the false inference that I was reprimanded" for taking money from a client, and never doing any work." This is a blatant defamatory statement. The public reprimand, that you specifically reference, made no such findings, and in fact I did a considerable amount of work for the client, which The Florida Bar recognized.

The matter with The Florida Bar was mediated and, without admitting liability, I agreed to refund a modest portion of the retainer in good faith in order to avoid expending significant time in resources contesting the client's claim.

The articles were published in City Pages, which were republished in the Phoenix New Times, both owned by parent and holding company Voice Media Group, was done so with willful intent and malice, notwithstanding the hard fact that the defamation constitutes libel per se, as it also harmed me not only personally but in my trade and occupation as a lawyer.

In addition the entire content and resulting inferences from these articles are that I somehow inappropriately touched my children's private parts. If any of you had chosen to conduct a due diligence investigation before publishing these articles, or even read the subject Cleveland magistrate's order referenced in your articles, you would have learned that I had voluntarily taken a polygraph examination and passed (while my former spouse, who leveled the false charges for strategic reasons after I filed for custody of my children, refused to take a polygraph), and that I was cleared of these false charges by both the Cleveland Department of Children and Families and the Cuyahoga County Sheriff and the District Attorney.

Instead you chose to defame me to further your political agenda to harm Bradlee Dean, who has opposed the radical gay, lesbian and transgender agenda which you support and are part of, and

City Pages & Phoenix New Times
November 26, 2013
Page 3

also harm Sheriff Joe Arpaio of Maricopa County, Arizona, who steadfastly enforces immigration laws with regard to illegal aliens, which also does not square with your leftist, pro-illegal immigrant agenda.

You are now on notice that these articles resulted in severe damage to me personally and in my trade and profession, for which you all will be held to legally account for.

Please govern yourselves accordingly.

*[signature]*

Larry Klayman, Esq.