UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 5:13-CV-00143-ACC-PRL

LARRY KLAYMAN,

Plaintiff,

vs.

CITY PAGES,
KEN WEINER a/k/a KEN AVIDOR,
AARON RUPER,
PHOENIX NEW TIMES,
MATTHEW HANDLEY, and
VOICE MEDIA GROUP,

Defendants.
_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Plaintiff, Larry Klayman, hereby moves pursuant to Rules 4(m) and 6(b)(1) of the Federal Rules of Civil Procedure, moves for an extension of time of twenty-one (21) days to file a response to Defendants' Motion to Dismiss and as grounds therefore would show:

1. Plaintiff sought consent to this motion from Defendants' counsel. **Defendants do not object to this motion.**

2. On December 20, 2013, Defendants filed a Motion to Dismiss in the above-styled action.

3. Plaintiff is representing himself pro se in this action.

4. The current deadline to respond to Defendant's Motion to Dismiss is January 8, 2014.

5. During this holiday period Plaintiff's office is short staffed. In addition to the already shortened resources, one of Plaintiff's colleagues has been ill and the office has been

inundated with the press of business during the time in which the opposition to the Defendants' motion would be due.

6. An additional twenty-one (21) days would enable Plaintiff's office to return to full strength and allow them the opportunity to fully research and brief an opposition to the Defendants' motions.

7. Neither party will be harmed or prejudiced as a result of this brief extension.

WHEREFORE, Plaintiff Larry Klayman respectfully requests that this Court grant an extension of twenty-one (21) day, or until January 29, 2014 to file a response to Defendants' Motion to Dismiss.

Dated: December 27, 2013

                                      Respectfully submitted,

                                      */s/ Larry Klayman*
                                      LARRY KLAYMAN
                                      Florida Bar No. 246220
                                      2775 NW 49th Ave, Suite 205-346
                                      Ocala, FL 34483
                                      (310) - 595-0800
                                      leklayman@gmail.com

                                      Plaintiff in Pro Se

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 27th day of December, 2013 a true and correct copy of the foregoing Motion For Extension of Time (Case No. 5:13-cv-00143) was submitted electronically to the U.S. District Court for the Middle District of Florida and served via CM/ECF upon the following:

**Sanford Lewis Bohrer**
Holland & Knight, LLP
Suite 3000
701 Brickell Ave
Miami, FL 33131
305/374-8500
Fax: 305/789-7799
Email: sbohrer@hklaw.com

**Scott D. Ponce**
Holland & Knight, LLP
Suite 3000
701 Brickell Ave
Miami, FL 33131
305/789-7575
Email: sponce@hklaw.com

*Attorneys for Defendants*

             */s/ Larry Klayman*
             Larry Klayman, Esq.