UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 5:13-CV-00143-ACC-PRL

LARRY KLAYMAN,

Plaintiff,

vs.

CITY PAGES,
KEN WEINER a/k/a KEN AVIDOR,
AARON RUPER,
PHOENIX NEW TIMES,
MATTHEW HANDLEY, and
VOICE MEDIA GROUP,

Defendants.
_____/

## PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Plaintiff, Larry Klayman, hereby moves pursuant to Rules 4(m) and 6(b)(1) of the

Federal Rules of Civil Procedure, moves for an extension of time of ten (10) days to file a

response to Defendants' Motion to Dismiss and as grounds therefore would show:

1.  Plaintiff sought consent to this motion from Defendants' counsel. **Defendants consent to this motion.**

2.  Defendants filed a Motion to Dismiss in the above-styled action.

3.  The current deadline to respond to Defendant's Motion to Dismiss is January 29, 2014.

4.  Plaintiff is representing himself pro se in this action

5.  Plaintiff and his office are facing a discovery deadline at the end of the week, and have six depositions that have unexpectedly all been scheduled for this week.

6.  Plaintiff will be out of state attending the depositions the entire week.

7.  In addition, there are two additional pleading deadlines this week that Plaintiff will be

    working hard to complete.

8.  An additional ten days will allow Plaintiff adequate time to  respond to Defendants'

    Motion to Dismiss.

9.  No further extensions will be requested for this opposition.

10. Neither party will be harmed or prejudiced as a result of this brief extension.


WHEREFORE, Plaintiff Larry Klayman respectfully requests that this Court grant an

extension of ten (10) days, or until February 6, 2014 to file a response to Defendants' Motion to

Dismiss.


Dated: January 27, 2014


                              Respectfully submitted,



                              */s/ Larry Klayman*
                              LARRY KLAYMAN
                              Florida Bar No. 246220
                              2775 NW 49th Ave, Suite 205-346
                              Ocala, FL 34483
                              (310) - 595-0800
                              leklayman@gmail.com

                              Plaintiff in Pro Se

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of January, 2014 a true and correct copy of the foregoing Motion For Extension of Time (Case No. 5:13-cv-00143) was submitted electronically to the U.S. District Court for the Middle District of Florida and served via CM/ECF upon the following:

**Sanford Lewis Bohrer**
Holland & Knight, LLP
Suite 3000
701 Brickell Ave
Miami, FL 33131
305/374-8500
Fax: 305/789-7799
Email: sbohrer@hklaw.com

**Scott D. Ponce**
Holland & Knight, LLP
Suite 3000
701 Brickell Ave
Miami, FL 33131
305/789-7575
Email: sponce@hklaw.com

*Attorneys for Defendants*

*/s/ Larry Klayman*
Larry Klayman, Esq.