**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**LARRY KLAYMAN,**

      **Plaintiff,**

v.                                                 **Case No:   5:13-cv-143-Oc-22PRL**

**CITY PAGES, KEN WEINER, AARON RUPAR, PHOENIX NEW TIMES, MATHEW HENDLEY and VOICE MEDIA GROUP,**

      **Defendants.**

**ORDER**

On November 13, 2013 this Court entered its Case Management and Scheduling Order designating Larry Elliot Klayman as Lead Counsel pursuant to Local Rule 9.04(a)(3) and requiring "Designated Lead Counsel shall contact opposing counsel and the mediator to reserve a conference date and shall file a Notice with the Court within 14 days of the date of this Order advising of the date." (Doc. 36).   Counsel has failed to file the Notice of Mediation Conference.

Based on the foregoing, it is ordered as follows:

1.   No later than July 10, 2014, Mr. Klayman shall show cause as to why he should not be sanctioned for failure to comply with this Court's Order, and shall file the required Notice.

**DONE** and **ORDERED** in Ocala, Florida on June 23, 2014.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties