# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 5:13-CV-00143-ACC-PRL

LARRY KLAYMAN,

        Plaintiff,

v.

CITY PAGES, et. al.

        Defendants.

## CERTIFICATE OF PRO SE COUNSEL PURSUANT TO 28 U.S.C. § 144

1. My name is Larry Klayman, I am over 18 years old. I am an adult citizen of the United States. I have personal knowledge of the facts stated in this declaration.

2. I am the Plaintiff in the above styled lawsuit, representing myself pro se.

3. I hereby certify, pursuant to 28 U.S.C. § 144, that the Motion for Disqualification and the accompanying affidavit filed on May 19, 2015, seeking the disqualification of the Honorable Colleen Anne C. Conway, were made in good faith.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 19, 2015.

                                              */s/ Larry Klayman*
                                              Larry Klayman